**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| REDI-DATA, INC., <br><br> Plaintiff, <br> v. <br><br> THE SPAMHAUS PROJECT a/k/a THE SPAMHAUS PROJECT LTD., <br><br> Defendant. | CIVIL CASE NO.: <br><br> **FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for plaintiff, Redi-Data, Inc. ("Redi-Data"), hereby states that Redi-Data is wholly-owned by Redi Direct Marketing, Inc., which is a privately owned company that is not publicly traded.

        Respectfully Submitted,
        **COLE SCHOTZ P.C.**

        By: */s/ Jason R. Melzer*
            Jason R. Melzer, Esq.
            Elizabeth A. Carbone, Esq.
            Court Plaza North
            25 Main Street, P.O. Box 800
            Hackensack, New Jersey  07602-0800
            201-489-3000
            *Attorneys for Plaintiff, Redi-Data, Inc.*

**DATED:** November 30, 2020