# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| REDI-DATA, INC., <br><br>      Plaintiff, <br>  v. <br><br>THE SPAMHAUS PROJECT a/k/a THE SPAMHAUS PROJECT LTD., <br><br>      Defendant. | CIVIL CASE NO.: <br><br><br>**NOTICE OF APPEARANCE OF ELIZABETH A. CARBONE, ESQ.** |

**TO:**   Clerk, United States District Court for the District of New Jersey

**PLEASE TAKE NOTICE** that the undersigned hereby enters her appearance as counsel on behalf of plaintiff, Redi-Data, Inc., and requests that copies of all pleadings and other papers filed (however designated) and notices given be served upon the undersigned at the following address:

>  **COLE SCHOTZ P.C.**
>  Attention: Elizabeth A. Carbone, Esq.
>  Court Plaza North
>  25 Main Street
>  P.O. Box 800
>  Hackensack, New Jersey 07602-0800
>  Telephone: (201) 489-3000
>  Facsimile:  (201) 489-1536
>  Email: ECarbone@coleschotz.com

**PLEASE TAKE FURTHER NOTICE**, if any limited service lists are used in the proceeding, the undersigned requests inclusion thereon.

DATED:   November 30, 2020    */s/ Elizabeth A. Carbone*
                                                      Elizabeth A. Carbone