UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Redi-Data, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>The Spamhaus Project,<br><br>    Defendant. | Civil No.  20-17484  (JMV)<br><br>**NOTICE OF CALL FOR DISMISSAL PURSUANT TO F.R.Civ.P.4(m)** |

PLEASE TAKE NOTICE, that the above captioned action will be dismissed on October 20, 2021, for failure to effect service of the summons and complaint within 90 days of the filing of the complaint, unless you establish that service was effected within said 90 days, by filing proof of service with the Clerk of the Court before the return date of this notice.  If proof of service is not filed before the return date, counsel or unrepresented parties may be required to appear before the Court, to show good cause why this action should not be dismissed. The Clerk of the Court shall provide a copy of this notice to Plaintiff by regular and certified mail return receipt.

WILLIAM T. WALSH

by: *RoseMarie Olivieri*

Date: September 30, 2021

    RoseMarie Olivieri
    Senior Courtroom Deputy

If applicable, counsel of record is directed to serve this notice to their client, whose street and post office address do not appear in the complaint as directed by Local Civil Rule 10.1, and to provide proof of service to the Court.