

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000 201-489-1536 fax

New York
Delaware
Maryland
Texas
Florida

Elizabeth A. Carbone
Associate
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6299
Writer's Direct Fax: 201.678.6299
Writer's E-Mail: ecarbone@coleschotz.com

October 8, 2021

**Via CM/ECF Filing**
The Honorable John Michael Vazquez, U.S.D.J.
The United States District Court for the District of New Jersey, Newark Vicinage
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, N.J. 07102

**Re: Redi-Data, Inc. v. The Spamhaus Project *a/k/a* The Spamhaus Project Ltd., Civil Action No. 2:20-cv-17484-JMV-JBC**

Dear Judge Vazquez:

This firm represents plaintiff, Redi-Data, Inc. ("*Plaintiff*"), in the above-referenced lawsuit. We write to respectfully provide the Court with a status update on Plaintiff's diligent service attempts and, in so doing, informally request that the Court's September 30, 2021 Notice of Call for Dismissal Pursuant to FED. R. CIV. P. 4(m) (the "*Notice*") [Dkt. No. 4] be vacated.[1]

As the Court is aware, this lawsuit was commenced on November 20, 2020 against defendant, The Spamhaus Project *a/k/a* The Spamhaus Project Ltd. ("*Defendant*"), a foreign company. *See* Compl. [Dkt. No. 1]. At the time the complaint was filed, Plaintiff believed, upon information and belief, that Defendant maintained principle places of business in both the United Kingdom and Switzerland. Compl. at ¶ 7. Accordingly, on December 17, 2020, this firm instructed DGR Legal to attempt service of the complaint and summons in the United Kingdom in accordance with The Hauge Service Convention Treaty. (A copy of the December 17, 2020 email request is appended hereto as **Exhibit "A."**) On February 26, 2021, this firm received a letter dated February 12, 2021 from the Royal Courts of Justice Group, Queen's Bench Division, Foreign Process Section advising that Defendant had dissolved its presence in the United Kingdom. (A copy of that letter, without enclosures, is appended hereto as **Exhibit "B."**)

In response, on March 9, 2021, this firm instructed DGR Legal to attempt service in Switzerland (which first required the documents to be served be translated to French). (A copy

[1] While Plaintiff makes this request in the context of this informal status update, Plaintiff respectfully reserves the right to file a formal opposition to the Notice on or before the October 20, 2021 return date if this informal letter does not alleviate the Court's concerns regarding the progression of this action.

of the March 9, 2021 email request is appended hereto as **Exhibit "C."**) On July 6, 2021, this firm received a letter dated June 23, 2021 from the Court of First Instance in Geneva, Switzerland. (A copy of the letter, with translation but without enclosures, is appended hereto as **Exhibit "D."**) In sum, the letter advised that service could not be effectuated in Switzerland and that Defendant's company headquarters was in Andorra. (*See* Ex. D at p. 3.)

On July 26, 2021, Plaintiff instructed DGR Legal to attempt service of the complaint and summons in Andorra and engage in any necessary translations. On October 5, 2021, Plaintiff's counsel was advised via email that the Andorran Central Authority had confirmed receipt of the translated documents in the necessary processing department but that it would still take an additional four to six weeks for service to be completed and there were no known means to expedite the process. (A copy of the October 5, 2021 email is appended hereto as **Exhibit "E."**)

In sum, Plaintiff respectfully submits that it has been making diligent attempts to serve the complaint and summons on Defendant and prosecute this action. Any delays in service have been the result of the difficulties inherent in international service (especially during the pandemic) as well as the fact Plaintiff has now had to attempt service in three different countries with three different languages. As such, a dismissal for lack of prosecution is (respectfully) not warranted at this time. This is particularly true given that the time limits for service set forth in Federal Rule of Civil Procedure 4(m) do not apply to cases involving international service. *See* FED. R. CIV. P. 4(m) ("This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2),[2] or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A).").

Consequently, Plaintiff respectfully requests that the Court permit continued service attempts in this matter and vacate the Notice. If the Court has additional concerns or requires additional information, the undersigned can be contacted at the Court's convenience via email (ecarbone@coleschotz.com) or phone (201-525-6299). As always, the Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

COLE SCHOTZ P.C.

*/s/ Elizabeth A. Carbone*

Elizabeth A. Carbone

cc: All Counsel of Record Via CM/ECF

[2] Federal Rule of Civil Procedure 4(h)(2) refers to the service of a corporation, partnership, or association outside of the jurisdiction of the United States. FED. R. CIV. P. 4(h)(2).

# EXHIBIT A

**Carbone, Elizabeth A**

---

**Subject:** FW: Question re: International Service
**Attachments:** Redi - FRCP 7.1 Statement(21760683v3).PDF; Redi- Civil Cover Sheet(21760700v4).PDF; Redi - Complaint(21760685v3).PDF; Redi - Summons.pdf

---

**From:** Sermabekian, Kathleen <KSermabekian@coleschotz.com>
**Sent:** Thursday, December 17, 2020 9:13 AM
**To:** DGR International Service <service@dgrinternational.com>
**Cc:** Service Orders <service@dgrlegal.com>; Carbone, Elizabeth A <ECarbone@coleschotz.com>
**Subject:** RE: Question re: International Service

Thank you!

Can we go ahead and try for formal service in the UK? Attached are the Complaint, Summons, Civil Cover Sheet and 7.1 Statement.

Let me know if you need anything else from us!

Thanks again!

# EXHIBIT B



**ROYAL COURTS OF JUSTICE GROUP**
**Queen's Bench Division**
Foreign Process Section
Room E16
Royal Courts of Justice
Strand, London
WC2A 2LL

**DX** 44450 Strand

**T** 020 7947 7772
**E** ForeignProcess.RCJ@justice.gov.uk

**www.justice.gov.uk**

**Jason R. Meizer Esq**
**"counsel Of Record",**
**Cole Schotz P. C.,**
**23 Nartin Street - Court Plaza North,**
**Hackensack, New Jersey 07601,**
**United States**

Our ref: **QF-2021-000796**
Your ref:

Date: 12-02-2021

Dear Sir/Madam

**Re: Service of Foreign Process on**
**The Spamhaus Project aka The Spamhaus Project Ltd**

**Your request is returned for the following reasons:**

☒ The company you wish to serve appears to be dissolved. Please see the attached information obtained from Company House website.

Please enclose a copy of this letter with your reply.

Yours faithfully,

Olubukola Fashoro
**Foreign Process Section**


https://find-and-update.company-information.service.gov.uk/search?q=the+spamhaus+project
Bookmarks
Search bookmarks
Bookmarks Toolbar
Bookmarks Menu
Other Bookmarks
Companies House
Companies House does not verify the accuracy of the information filed
the spamhaus project
All
Companies
Officers
Disqualifications
THE SPAMHAUS PROJECT
05303831 - Dissolved on 24 March 2020
Communications House, 26 York Street, London
SPAMHAUS TECHNOLOGY LIMITED
05078652 - Incorporated on 19 March 2004
4 Old Park Lane, Mayfair, London, England, W1K 1QW
SPAMHAUS LOGISTICS CORP.
Total number of appointments 1
1001 Alexander House, 35 Ebene Cybercity, Mauritius
THE CHALFONT PROJECT LIMITED
Total number of appointments 0
2 Athol Gardens, Pinner, Middx, HA5 3XQ
THE PROJECT GROUP GMBH
Total number of appointments 1
9 Neherstrasse, Munchen, Germany, D-81676
THE PROJECTS PEOPLE LIMITED
Total number of appointments 1

# EXHIBIT C

## Carbone, Elizabeth A

**Subject:** FW: Question re: International Service

**Importance:** High

---

**From:** Sermabekian, Kathleen [mailto:KSermabekian@coleschotz.com]
**Sent:** Tuesday, March 09, 2021 2:07 PM
**To:** DGR International Service
**Cc:** Service Orders; Carbone, Elizabeth A
**Subject:** RE: Question re: International Service

DGR –

We received word back that the entity in UK is apparently dissolved. Can we go ahead and attempt service in Geneva?

Please let me know what you need from us!

**Kathleen Sermabekian**
**Paralegal**
25 Main Street | Hackensack, NJ | 07601
Direct 201.525.6297 | Firm 201.489.3000 | Fax 201.678.6297 | ksermabekian@coleschotz.com
New Jersey | New York | Delaware | Maryland | Texas | Florida
vCard | website

Click here to visit our Covid-19 Resource Center for important legal updates.

# EXHIBIT D



**Republic and canton of Geneva**
**JUDICIAIRY**
**Court of first instance**

**Geneva, June 23, 2021**

Court of first instance
Rue de l'Athénée 6-8
P.O. Box 3736
CH-1211 GENEVA 3

NC/690/2021 NC NAJ

R P371 54821 8 CH
[logo] Please Scan - Signature required
Delivery in exchange for signature

**JASON R. MELZER ESQ.**
**Cole Schotz P.C**
**25 Main Street court Plaza North**
**07601 Hackensack New Jersey**
**UNITED STATES**

| **Ref:** | **NC/690/2021 NC NAJ** |
|---|---|
| | To be referenced in all communications |

**Your ref.: 2:20-CV-17484-JMV-JBC**

**Madam, Sir,**

**We inform you that the notice you sent us could not be served. We will return your file to you as an appendix.**

**Our best regards.**

**For the Tribunal**



[stamp: REPUBLIC AND CANTON OF GENEVA
CIVIL TRIBUNAL]

**Appendices mentioned**

NC/690/2021 Your ref.: 2:20-CV-17484-JMV-JBC

# CERTIFICATE

**The undersigned authority has the honor to certify, in conformity with Article 6 of the Convention,**

**☐ 1. that the document has been served***

| | |
|---|---|
| **- the (date):** | |
| **- at (place, street, number):** | |

| | |
|---|---|
| **- in one of the following methods authorized by Article 5:** | |
| ☐ | ***a)* in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*** |
| ☐ | ***b)* in accordance with the following particular method*:** |
| ☐ | ***c)* by delivery to the addressee, if he accepts it voluntarily*** |

**The documents referred to in the request have been delivered to:**

| | |
|---|---|
| **Identity and description of person:** | |
| **Relationship to the addressee (family, business or other):** | |

**☒ *2.* that the document has not been served, by reason of the following facts*:**

The company indicates that the company headquarters is in Andorra (cf. police report).

**☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.***

***Annexes***

| | |
|---|---|
| **Documents returned:** | Duplicate copy of the certificate |
| **In appropriate cases, documents establishing the service:** | ~~Receipt<br>Power of attorney<br>ID<br>Excerpt Commerce Registry~~ |

* *If appropriate*

| | | |
|---|---|---|
| **Issued in Geneva.**<br><br>**on 06/23/2021** | **Signature and/or stamp** | [stamp: REPUBLIC AND CANTON OF GENEVA CIVIL TRIBUNAL] |

**From our investigation, it emerges that the person concerned:**

- □ **Has no known/fixed domicile**
- □ **Is no longer domiciled at the address mentioned**
- □ **Has left the jurisdiction without leaving an address, since: -**
- □ **Was not present during our visits to his home**
- □ **No longer has a registered/known telephone**
- □ **No longer has contact with his family**
- □ **Has not responded to our summons**
- ☒ **Other: on 06/09/2021 I made contact with the manager of the company, namely Mr. Larry SMITH.**

**Cantonal Police of Geneva –Versoix station, on: 06/09/2021**

**He indicated that there was no representative in Switzerland and that the company headquarters was located in Andorra:**
**The Spamhaus Project SLU: Corporate Headquarters**
**Av Princep Benlloch 26-30, Andorra la Vella, AD500, Andorra.**
**The telephone number of Mr. SMITH is 0001608208003**
***United States)**

P15014

GROUPE ENQUETEURS
Police of Blandonnet
Chemin de Blandonnet 2
1214 Vernier
Landline +41 22 427 62 20
Fax: +41 22 427 77 17



République et canton de Genève
**POUVOIR JUDICIAIRE**
**Tribunal de première instance**

Genève, le 23 juin 2021

NC/690/2021 NC NAJ

Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
CH - 1211 GENEVE 3

R P371 54821 8 CH
Please scan - Signature required
Veuillez scanner - Remise contre signature

JASON R.MELZER ESQ.
Cole Schotz P.C
25 Main Street court Plaza North
07601 Hackensack New Jersey
ÉTATS-UNIS

| Réf : **NC/690/2021** NC NAJ<br>à rappeler lors de toute communication |
|---|

V/réf.: 2:20-CV-17484-JMV-JBC

Madame, Monsieur,

Nous vous informons que la notification que vous nous avez adressée **n'a pas pu être exécutée**.

Nous vous restituons, en annexe, votre dossier.

Nous vous prions d'agréer, Madame, Monsieur, nos salutations distinguées.

Pour le Tribunal civil

TRIBUNAL CIVIL * RÉPUBLIQUE & CANTON DE GENÈVE *

**Annexes mentionnées**

NC/690/2021 V/réf.: 2:20-CV-17484-JMV-JBC

# ATTESTATION
CERTIFICATE

**L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

☐ **1. que la demande a été exécutée***
that the document has been served*

| | |
|---|---|
| **– le (date)** / the (date): | |
| **– à (localité, rue, numéro):** at (place, street, number): | |

| | | |
|---|---|---|
| | | **– dans une des formes suivantes prévues à l'article 5 :** in one of the following methods authorised by Article 5: |
| ☐ | *a)* | **selon les formes légales (article 5, alinéa premier, lettre *a*)*** in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention* |
| ☐ | *b)* | **selon la forme particulière suivante*:** in accordance with the following particular method*: |
| ☐ | *c)* | **par remise simple*** by delivery to the addressee, if he accepts it voluntarily* |

**Les documents mentionnés dans la demande ont été remis à :**
The documents referred to in the request have been delivered to:

| | |
|---|---|
| **Identité et qualité de la personne :** Identity and description of person: | |
| **Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :** Relationship to the addressee (family, business or other): | |

☒ **2. que la demande n'a pas été exécutée, en raison des faits suivants* :**
that the document has not been served, by reason of the following facts*:

| |
|---|
| La société indique que le siège social se trouve à Andorre (cf. rapport de police). |

☐ **Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

***Annexes** / Annexes*

| | |
|---|---|
| **Pièces renvoyées :** Documents returned: | Double de l'acte |
| **Le cas échéant, les documents justificatifs de l'exécution :** In appropriate cases, documents establishing the service: | ~~Récépissé<br>Procuration<br>Pièce d'identité<br>Extrait RC~~ |

* s'il y a lieu / if appropriate

| | |
|---|---|
| **Fait à** / Done at Genève,<br><br>**le** / the 23. 06. 2021 | **Signature et / ou cachet** Signature and/or stamp |

TRIBUNAL CIVIL RÉPUBLIQUE GENÈVE

De notre enquête, il ressort que l'intéressé:
- ☐ N'a plus de domicile connu / fixe
- ☐ N'est plus domicilié à l'adresse mentionnée
- ☐ A quitté le territoire sans laisser d'adresse, depuis le:
- ☐ N'était pas présent lors de nos passages à son domicile
- ☐ N'a plus de téléphone enregistré / connu
- ☐ N'a plus de contact avec sa famille
- ☐ N'a pas répondu à nos convocations
- ☑ Autre: Le 09/06/2021, j'ai pris contact avec le responsable de la société, soit M. SMITH Larry. Ce dernier nous a indiqué qu'il n'y avait aucun représentant en Suisse et que le siège social de l'entreprise se trouve à Andorre:

Police Cantonale de Genève - poste de Versoix, le: 09/06/2021

P15014

GROUPE ENQUETEURS
Police de Blandonnet
Chemin de Blandonnet 2
1214 Vernier
Tél. poste +41 22 427 62 20
Fax +41 22 427 77 17

The Spamhaus Project SLU: Corporate Headquarters:
Av. Princep Benlloch 26-30, Andorra la Vella, AD500 Andorra.

Le téléphone de M. SMITH est: 0001608208003 (Etats-Unis).

# EXHIBIT E

**Carbone, Elizabeth A**

**Subject:** RE: Redi-Data Service v. The Spamhaus Project [IWOV-CSDOCS.FID2275549]

**From:** Anthony Mboho <amboho@dgrlegal.com>
**Sent:** Tuesday, October 5, 2021 7:08 PM
**To:** Carbone, Elizabeth A <ECarbone@coleschotz.com>
**Subject:** RE: Redi-Data Service v. The Spamhaus Project [IWOV-CSDOCS.FID2275549]

**[EXTERNAL EMAIL]**

Elizabeth –
Sorry for the delayed response. The Andorran central authority has confirmed receipt in their processing department on 9/23.
It will take a minimum of 4-6 weeks to complete the service and return of the certificate of service will follow soon after. There is no known means of expediting this service. We will follow up with them in the next couple of weeks for the chance that they may have service attempted sooner.
I will keep you apprised of status.

**Kind regards,**

**ANTHONY MBOHO**
National/International Service Supervisor

**P** 973.403.1700 x218
**F** 973.403.9222
1359 Littleton Road | Morris Plains, NJ 07950




The information contained in this communication is privileged and confidential, and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please notify the sender immediately.