# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| REDI-DATA, INC.,<br><br>        Plaintiff,<br>  v.<br><br>THE SPAMHAUS PROJECT *a/k/a* THE SPAMHAUS PROJECT LTD.,<br><br>        Defendant. | CIVIL CASE NO.: 2:20-cv-17484-JMV-JBC<br><br>**DECLARATION OF SERVICE** |

**ELIZABETH A. CARBONE, ESQ.,** being of full age, hereby declares as follows:

1. I am an attorney at law of the State of New Jersey and an associate at the law firm of Cole Schotz P.C., counsel for plaintiff, Redi-Data, Inc. ("*Plaintiff*"), in the above-captioned matter.

2. On October 8, 2021, this office served the: (i) Notice of Call for Dismissal Pursuant to Federal Rule of Civil Procedure 4(m) [Dkt. No. 4]; and (ii) Plaintiff's October 8, 2021 letter (with exhibits) [Dkt. No. 5] upon Plaintiff via electronic mail.

3. On October 11, 2021, this office served the: (i) Notice of Call for Dismissal Pursuant to Federal Rule of Civil Procedure 4(m) [Dkt. No. 4]; and (ii) Plaintiff's October 8, 2021 letter (with exhibits) [Dkt. No. 5] upon Plaintiff via first class mail and Certified Mail (RRR) upon:

> Redi-Data, Inc.
> c/o Thomas Buckley
> 107 Little Falls Road
> Fairfield, New Jersey 07004

2

## **DECLARATION**

I hereby declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

**Executed On:** October 11, 2021        */s/ Elizabeth A. Carbone*
                                         Elizabeth A. Carbone