Elizabeth A. Carbone, Esq. (Atty. Id. No. 116052014)
**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, New Jersey  07602-0800
201-489-3000
201-489-1536 Facsimile
*Attorneys for Plaintiff, Redi-Data, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| REDI-DATA, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>THE SPAMHAUS PROJECT *a/k/a* THE SPAMHAUS PROJECT LTD.,<br><br>        Defendant. | Civil Action No. 2:20-cv-17484-JMV-JBC<br><br>Civil Action<br><br>*Oral Argument Requested*<br><br>**NOTICE OF PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE A PLEADING PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 6(b)(1)(A)** |

**PLEASE TAKE NOTICE** that on December 20, 2021, or on another date to be set by the Court, plaintiff, Redi-Data Inc. ("Redi-Data"), by and through its undersigned counsel, shall move before the Honorable John Michael Vazquez, United States District Judge, in Courtroom PO 03 at the United States District Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, 07101, for the entry of an Order granting Redi-Data an additional 45 days to effectuate the international service of the complaint on defendant pursuant to Federal Rule of Civil Procedure 6(b)(1)(A).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Redi-Data shall rely upon the accompanying Declaration of Elizabeth A. Carbone dated November 24, 2021, with exhibits.  Redi-Data also submits a proposed Order herewith.

2

**PLEASE TAKE FURTHER NOTICE** that if timely opposition is filed, Redi-Data respectfully requests oral argument on the motion on or after the return date.

          Respectfully Submitted,

          **COLE SCHOTZ P.C.**
          *Attorneys for Plaintiff, Redi-Data, Inc.*


          By: */s/ Elizabeth A. Carbone*
          Elizabeth A. Carbone, Esq.
          Court Plaza North, 25 Main Street
          Hackensack, New Jersey 07601
          Telephone: (201) 525-6299
          Facsimile:  (201) 678-6299
          ecarbone@coleschotz.com

**DATED:** November 24, 2021

3

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that a true and complete copy of the foregoing document has been served on November 24, 2021, via CM/ECF to all counsel of record.

                                By:    */s/ Elizabeth A. Carbone*
                                          *Attorneys for Plaintiff, Redi-Data, Inc.*

28662/0002-42038268v1