UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

REDI-DATA, INC.,

           Plaintiff,

-against-

THE SPAMHAUS PROJECT a/k/a THE
SPAMHAUS PROJECT LTD.,

           Defendant.

Case 2:20-cv-17484-JMV-JBC

## STIPULATION

WHEREAS, the Complaint was served on Defendant The Spamhaus Project S.L.U. ("Defendant Spamhaus") in the Principality of Andorra on November 12, 2021:

WHEREAS, Defendant Spamhaus seeks additional time to respond to the Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows by and between the undersigned counsel for the referenced parties that:

1. Defendant Spamhaus accepts service of the Complaint and waives all service-related defenses.

2. The deadline for Defendant Spamhaus to answer, to move with respect to, or to otherwise respond to the Complaint shall be December 23, 2021.

Dated:   December 13, 2021

COLE SCHOTZ P.C.                                      MORRISON COHEN LLP

By: _/s/ Jason R. Melzer_____            By: _/s/ Alvin C. Lin_____
    Jason R. Melzer                                         Alvin C. Lin
    25 Main Street                                           909 Third Avenue
    Hackensack, New Jersey 07602-0800        New York, New York 10022
    (201) 489-3000                                           (212) 735-8600
    Email: jmelzer@coleschotz.com              E-mail: alin@morrisoncohen.com
    *Attorneys for Plaintiff*                              *Attorneys for Defendant*

2

**IT IS SO ORDERED** this \_\_\_ day of _____, 2021.


_____
The Honorable John Michael Vazquez