

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536  fax
—
New York
—
Delaware
—
Maryland
—
Texas
—
Florida

Elizabeth A. Carbone
Associate
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6299
Writer's Direct Fax: 201.678.6299
Writer's E-Mail: ecarbone@coleschotz.com

December 13, 2021

**Via CM/ECF Filing**
The Honorable John Michael Vazquez, U.S.D.J.
The United States District Court for the District of New Jersey, Newark Vicinage
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, N.J. 07102

Re: **Redi-Data, Inc. v. The Spamhaus Project *a/k/a* The Spamhaus Project Ltd.,
Civil Action No. 2:20-cv-17484-JMV-JBC**

Dear Judge Vazquez:

This firm represents plaintiff, Redi-Data, Inc. ("*Plaintiff*"), in the above-referenced lawsuit.  We write to withdraw as moot the pending motion for an extension of time to serve the complaint [Dkt. No. 8] in light of the fact that service was effectuated on defendant within the allotted time.  *See* Stipulation dated December 13, 2021 [Dkt. No. 9].

If the Court has additional concerns or requires additional information, the undersigned can be contacted at the Court's convenience via email (ecarbone@coleschotz.com) or phone (201-525-6299).  As always, the Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

COLE SCHOTZ P.C.

*/s/ Elizabeth A. Carbone*

Elizabeth A. Carbone

cc: All Counsel of Record Via CM/ECF

www.coleschotz.com

28662/0002-42143758v1