UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

REDI-DATA, INC.,

              Plaintiff,

    -against-

THE SPAMHAUS PROJECT a/k/a THE
SPAMHAUS PROJECT LTD.,

             Defendant.

Case 2:20-cv-17484-JMV-JBC

## STIPULATION

WHEREAS, the Complaint was served on Defendant The Spamhaus Project S.L.U. ("Defendant Spamhaus") in the Principality of Andorra on November 12, 2021:

WHEREAS, Defendant Spamhaus seeks additional time to respond to the Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows by and between the undersigned counsel for the referenced parties that:

1.    Defendant Spamhaus accepts service of the Complaint and waives all service-related defenses.

2.    The deadline for Defendant Spamhaus to answer, to move with respect to, or to otherwise respond to the Complaint shall be December 23, 2021.

Dated:  December 13, 2021

COLE SCHOTZ P.C.            MORRISON COHEN LLP

By:   */s/ Jason R. Melzer*       By:   */s/ Alvin C. Lin*
    Jason R. Melzer               Alvin C. Lin
    25 Main Street                909 Third Avenue
    Hackensack, New Jersey 07602-0800   New York, New York 10022
    (201) 489-3000              (212) 735-8600
    Email: jmelzer@coleschotz.com     E-mail: alin@morrisoncohen.com
    *Attorneys for Plaintiff*          *Attorneys for Defendant*

28662/0002-42148422v1

\* The pending motion for an extension of time to serve the complaint [ECF No. 8] is TERMINATED as moot.

**IT IS SO ORDERED** this 14th day of December, 2021.

~~The Honorable John Michael Vazquez~~

Hon. James B. Clark, III, U.S.M.J.

2