Alvin C. Lin (NJ ID No. 017502000)
MORRISON COHEN LLP
alin@morrisoncohen.com
909 Third Avenue
New York, New York 10022
(212) 735-8600

*Attorneys for Defendant*
*The Spamhaus Project S.L.U.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| REDI-DATA, INC., <br><br> Plaintiff, <br><br> -against- <br><br> THE SPAMHAUS PROJECT a/k/a THE SPAMHAUS PROJECT LTD., <br><br> Defendant. | Case No. 2:20-CV-17484-JMV-JBC <br><br> *Document Electronically Filed* |

**NOTICE OF APPEARANCE**

　　PLEASE TAKE NOTICE that Alvin C. Lin of Morrison Cohen LLP hereby enters his appearance as counsel for Defendant The Spamhaus Project S.L.U. in the above-captioned action.  Defendant The Spamhaus Project S.L.U. intends to move to dismiss the action for lack of personal jurisdiction.

Dated:    December 23, 2021          Respectfully submitted,

                                                **MORRISON COHEN LLP**

By:   /s/ Alvin C. Lin
       Alvin C. Lin
       (NJ ID No. 017502000)
909 Third Avenue
New York, New York 10022
(212) 735-8600
alin@morrisoncohen.com

*Attorneys for Defendant*
*The Spamhaus Project S.L.U.*