Alvin C. Lin (NJ ID No. 017502000)
Jeffrey D. Brooks (admission *pro hac vice* pending)
MORRISON COHEN LLP
alin@morrisoncohen.com
jbrooks@morrisoncohen.com
909 Third Avenue
New York, New York 10022
(212) 735-8600

*Attorneys for Defendant*
*The Spamhaus Project S.L.U.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| REDI-DATA, INC., <br><br> Plaintiff, <br><br> -against- <br><br> THE SPAMHAUS PROJECT a/k/a THE SPAMHAUS PROJECT LTD., <br><br> Defendant. | Case No. 2:20-CV-17484-JMV-JBC <br><br> **DEFENDANT THE SPAMHAUS PROJECT SLU'S CORPORATE DISCLOSURE STATEMENT** <br><br> *Document Electronically Filed* |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Spamhaus Project S.L.U., by and through undersigned counsel, hereby states that it does not have a parent corporation and that there is no publicly held corporation that owns 10% or more of its membership interests.

Dated: December 23, 2021           Respectfully submitted,

**MORRISON COHEN LLP**

By:    */s/ Alvin C. Lin*  
     Alvin C. Lin  
     (NJ ID No. 017502000)  
     Jeffrey D. Brooks  
     (admission *pro hac vice* pending)  
909 Third Avenue  
New York, New York 10022  
(212) 735-8600  
alin@morrisoncohen.com  
jbrooks@morrisoncohen.com

*Attorneys for Defendant*  
*The Spamhaus Project S.L.U.*