Alvin C. Lin (NJ ID No. 017502000)
MORRISON COHEN LLP
alin@morrisoncohen.com
909 Third Avenue
New York, New York 10022
(212) 735-8600

*Attorneys for Defendant*
*The Spamhaus Project S.L.U.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| REDI-DATA, INC.,<br><br>                 Plaintiff,<br><br>       -against-<br><br>THE SPAMHAUS PROJECT a/k/a THE SPAMHAUS PROJECT LTD.,<br><br>                 Defendant. | Case No. 2:20-CV-17484-JMV-JBC<br><br>**APPLICATION AND CERTIFICATION OF ALVIN C. LIN IN SUPPORT OF PRO HAC VICE ADMISSION <u>OF JEFFREY D. BROOKS</u>**<br><br>**DOCUMENT ELECTRONICALLY FILED** |

   I, **ALVIN C. LIN**, declare as follows:

   1.   I am a member of the law firm of Morrison Cohen LLP ("Morrison Cohen"), attorneys for Defendant The Spamhaus Project S.L.U. ("The Spamhaus Project") in the above-captioned litigation.  I am fully familiar with the facts and circumstances surrounding the within application.

   2.   I submit this certification in support of The Spamhaus Project's application for an Order admitting Jeffrey D. Brooks (the "Applicant") *pro hac vice* pursuant to Local Rule 101.1.

   3.   I am a member in good standing of the bar of New Jersey and am admitted to practice in this Court.

4. As set forth more fully in his certification, Mr. Brooks is also a member of Morrison Cohen LLP.

5. The Applicant has experience and specialized knowledge in handling the types of issues in dispute in this matter.

6. The Spamhaus Project has requested that the Applicant represent it in this matter, in which The Spamhaus Project intends to file a motion to dismiss for lack of personal jurisdiction.

7. I, or other attorneys of my firm admitted to practice before this Court, will sign all pleadings, briefs, and other papers filed with the Court, and will attend all appearances and hearings. I will ensure the Applicant's compliance with Local Rule 101.1(c), and will be responsible for the conduct of the cause and of the Applicant, should he be admitted by this Court.

8. Counsel for Plaintiffs has consented to the admission *pro hac vice* of the Applicant.

9. It is respectfully requested that the Applicant be admitted *pro hac vice* to practice before this Court for the purpose of representing The Spamhaus Project in this matter.

I declare under penalties of perjury that the foregoing is true and correct.

Dated: December 23, 2021

                                                */s/ Alvin C. Lin*
                                                Alvin C. Lin