Alvin C. Lin (NJ ID No. 017502000)
Jeffrey D. Brooks (admission *pro hac vice* pending)
MORRISON COHEN LLP
alin@morrisoncohen.com
jbrooks@morrisoncohen.com
909 Third Avenue
New York, New York 10022
(212) 735-8600

*Attorneys for Defendant*
*The Spamhaus Project S.L.U.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| REDI-DATA, INC.,<br><br>    Plaintiff,<br><br>-against-<br><br>THE SPAMHAUS PROJECT a/k/a THE SPAMHAUS PROJECT LTD.,<br><br>    Defendant. | Case No. 2:20-CV-17484-JMV-JBC<br><br>**NOTICE OF MOTION OF DEFENDANT THE SPAMHAUS PROJECT SLU TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Motion Date:  January 18, 2022<br>*Document Electronically Filed* |

  **PLEASE TAKE NOTICE** that on January 18, 2022, or as soon thereafter as counsel may be heard, Defendant The Spamhaus Project S.L.U. shall move before the Honorable John Michael Vasquez, U.S.D.J., for an order dismissing Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2).

  **PLEASE TAKE FURTHER NOTICE** that, in support of the Motion, Defendant The Spamhaus Project S.L.U. shall rely upon the accompanying

Memorandum of Law in support of the Motion and the Declaration of Stephen John Lindford, dated December 22, 2021, and will seek entry of the proposed form of order submitted herewith.

Dated:   December 23, 2021

**MORRISON COHEN LLP**

By:   */s/ Alvin C. Lin*
         Alvin C. Lin
         (NJ ID No. 017502000)
         Jeffrey D. Brooks
         (admission *pro hac vice* pending)
909 Third Avenue
New York, New York 10022
(212) 735-8600
alin@morrisoncohen.com
jbrooks@morrisoncohen.com

*Attorneys for Defendant*
*The Spamhaus Project S.L.U.*
