IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| REDI-DATA, INC., <br><br> Plaintiff, <br><br> -against- <br><br> THE SPAMHAUS PROJECT a/k/a THE SPAMHAUS PROJECT LTD., <br><br> Defendant. | Case No. <br> 2:20-CV-17484-JMV-JBC <br><br> [PROPOSED] **ORDER** <br><br> *Document Electronically Filed* |

**THIS MATTER** having been brought before the Court upon the motion of Defendant The Spamhaus Project S.L.U. for an Order dismissing Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction, and the Court having considered the parties' submissions, and for good cause, the Court **ORDERS** as follows:

**IT IS** on this _____ day of _____, 2022, hereby

**ORDERED** that Defendant's Motion is granted, and Plaintiff's Complaint is hereby dismissed, and the costs incurred by Defendant in making this motion are assessed to Plaintiff.

_____
The Honorable John Michael Vazquez, U.S.D.J.