**MorrisonCohen**LLP

Alvin C. Lin  
Partner  
(212) 735-8873  
alin@morrisoncohen.com

January 20, 2022

**VIA ELECTRONIC CASE FILING**

| | |
|---|---|
| Honorable John Michael Vazquez, U.S.D.J. | Clerk of the Court |
| U.S. District Court for the District of New Jersey | U.S. District Court for the District of New Jersey |
| Martin Luther King Building & U.S Courthouse | Martin Luther King Building & U.S Courthouse |
| 50 Walnut Street | 50 Walnut Street |
| Newark, New Jersey 07101 | Newark, New Jersey 07101 |

RE: ***Redi-Data, Inc. v. The Spamhaus Project a/k/a The Spamhaus Project Ltd.***,
Case No. 2:20-cv-17484-JMV-JBC
**EXTENSION REQUEST (ON CONSENT)**

Dear Judge Vasquez and Clerk of the Court:

We are counsel to Defendant The Spamhaus Project S.L.U. (the "Defendant") in the above-captioned action. We write to request an extension of the briefing schedule for the Defendant's motion to dismiss the Complaint (the "Motion"). The Motion was filed on December 23, 2021 [Docket No. 15]. The Motion is presently returnable on February 7, 2022, with opposition papers due on January 24, 2022 and reply papers due on January 31, 2022.

We hereby request that Plaintiff's opposition papers be due on January 31, 2022, that Defendant's reply papers be due on February 14, 2022, and that the Motion be made returnable on the next available motion day, February 22, 2022. The extension is necessary to accommodate counsel's conflicts with deadlines in other matters. Plaintiff's counsel consents to this request.

The Motion was previously adjourned once, from January 18, 2022 to February 7, 2022, at the request of Plaintiff's counsel.

As always, the Court's time and attention to the matter are much appreciated.

Respectfully submitted,

/s/ *Alvin C. Lin*

Alvin C. Lin

CC: All Counsel of Record Via Electronic Case Filing