# EXHIBIT B

# Carbone, Elizabeth A

| | |
|---|---|
| **From:** | Matt Barbieri <mbarbieri@stayinfront.com> |
| **Sent:** | Friday, January 14, 2022 3:24 PM |
| **To:** | Robert Dyrsten |
| **Subject:** | Fw: SBL293047 https://protect-us.mimecast.com/s/__HaCkRwnruXkNj9tq-Ljv |

---

**From:** The Spamhaus Project - SBL Removals <sbl-removals@spamhaus.org>
**Sent:** Saturday, September 3, 2016 4:21 PM
**To:** Matt Barbieri <mbarbieri@stayinfront.com>
**Cc:** abuse@comcast.net <abuse@comcast.net>
**Subject:** Re: SBL293047 50.205.145.154/32

Hello,

Unfortunately we cannot assist you.  The spam domains redidatainc.com
and redidata.com are registered to your company.  There is no way
whatsoever for us to determine that those domains and your company are
not one and the same without involving Comcast.  It is likely that they
cannot make that distinction as well.

When you register a domain in your name, you are responsible for it and
the activities that it is involved in.  Since you are the registered
owner of these domains, you need to shut them down or get your name off
of them at very least before we would consider removing your SBL listings.


Thanks,


Asya


On 9/2/2016 10:56 AM, Matt Barbieri wrote:
> Hello
>
>
>
> In regards to this SBL, we are cutting our relationship with this
> company.  We have removed the server hosting *redidatainc.com* from our
> network which should hopefully resolve this particular SBL.  I realize
> that your normal procedure s for the ISP to contact you, but they are
> not cooperating with us and have asked me to try on my own.  I hope you
> understand we are working very hard to comply with your policies and we
> want to show you that.  Please let me know if this information is
> sufficient for removal of this SBL.
>

1

\>
\>
\>
\>
> Matt Barbieri
>
> IT Manager
>
>
>
> StayinFront, Inc
>
> 107 Little Falls Rd
>
> Fairfield, NJ 07004
>
> 973-461-4800
>
>
>
>
>


--
SBL Removals <sbl-removals@spamhaus.org>
The Spamhaus Project   http://www.spamhaus.org

2