# EXHIBIT C

# Carbone, Elizabeth A

**Subject:** FW: Spamhaus

**From:** Paul Kane
**Sent:** Friday, May 18, 2018 1:20 PM
**To:** Tom Buckley <TBuckley@redimail.com>; Robert Dyrsten <RDyrsten@stayinfront.com>; Matt Barbieri <mbarbieri@stayinfront.com>; Peter Brooks <pbrooks@redimail.com>
**Subject:** Spamhaus
**Importance:** High

Spamhaus just added all 16 active Allergan domains. The 8 from Odyssey and 8 in Glock.

1