# EXHIBIT D

**Carbone, Elizabeth A**

| | |
|---|---|
| **From:** | Tom Buckley <tbuckley@stayinfront.com> |
| **Sent:** | Tuesday, May 29, 2018 3:32 PM |
| **To:** | Paul Kane; Peter Brooks; Matt Barbieri; Robert Dyrsten |
| **Subject:** | RE: RHSBL - ADDED - blacklist:redidata.com - Added to Spamhaus DBL |

What does very low mean?
I was actually enjoying getting RD leads delivered to my in box, but had issues all weekend with delivery of RM emails landing in spam.

**From:** Paul Kane
**Sent:** Tuesday, May 29, 2018 3:19 PM
**To:** Peter Brooks <pbrooks@redidata.com>; Matt Barbieri <mbarbieri@stayinfront.com>; Robert Dyrsten <RDyrsten@stayinfront.com>; Tom Buckley <TBuckley@redimail.com>
**Subject:** FW: RHSBL - ADDED - blacklist:redidata.com - Added to Spamhaus DBL

Redidata.com back on the list.

**From:** noreply@mxtoolbox.com [mailto:noreply@mxtoolbox.com]
**Sent:** Tuesday, May 29, 2018 2:00 PM
**To:** Paul Kane <pkane@stayinfront.com>
**Subject:** RHSBL - ADDED - blacklist:redidata.com - Added to Spamhaus DBL

Not rendering correctly? View this email as a web page here.

# blacklist:redidata.com
Added to Spamhaus DBL at 5/29/2018 2:00:20 PM (UTC-05:00) Eastern Time (US & Canada)

| | |
|---|---|
| **Get more information:** | rhsbl:redidata.com |
| **Tags:** | |
| **Learn more about this problem:** | Spamhaus-DBL |
| **Current Checks failing:** | 1 |
| **Email Sent On:** | 5/29/2018 1:00:21 PM |

| | | | |
|---|---|---|---|
|  | On Spamhaus DBL | Very Low | Learn More |



This message was sent according to your **Default** notification policy.
Click here to edit or unsubscribe.

1



# Carbone, Elizabeth A

**From:** Matt Barbieri
**Sent:** Thursday, May 24, 2018 9:32 AM
**To:** Peter Brooks <pbrooks@redimail.com>; Paul Kane <pkane@stayinfront.com>; Tom Buckley <TBuckley@redimail.com>; Robert Dyrsten <RDyrsten@stayinfront.com>
**Subject:** RE: RHSBL - ADDED - blacklist:redimail.com - Added to Spamhaus DBL

Nothing to do with ip addresses, the DBL is for domain names only.
https://www.spamhaus.org/sbl/listings/godaddy.com

nothing there links to us so it doesn't have any connection to godaddy hosting.

I don't think you will be able to make sense of it. Redidata is not listed anymore but redimail is so it makes no sense, I think someone there is just messing with us at this point.

**From:** Peter Brooks
**Sent:** Thursday, May 24, 2018 9:25 AM
**To:** Paul Kane <pkane@stayinfront.com>; Tom Buckley <TBuckley@redimail.com>; Matt Barbieri <mbarbieri@stayinfront.com>; Robert Dyrsten <RDyrsten@stayinfront.com>
**Subject:** RE: RHSBL - ADDED - blacklist:redimail.com - Added to Spamhaus DBL

Trying to make sense of this.

We had no Redi-Mail marketing emails going out. The other companies did not get listed so they didn't just list all Redi-Direct companies. None of the email domains were listed overnight.

Could it be the same issue we ran into with redidata.com website on the hosting IP in godaddy?

Peter

**From:** Paul Kane
**Sent:** Thursday, May 24, 2018 8:30 AM
**To:** Tom Buckley <TBuckley@redimail.com>; Peter Brooks <pbrooks@redimail.com>; Matt Barbieri <mbarbieri@stayinfront.com>; Robert Dyrsten <RDyrsten@stayinfront.com>
**Subject:** FW: RHSBL - ADDED - blacklist:redimail.com - Added to Spamhaus DBL

Spamhaus listed Redimail.com 5AM this morning. Manual removal required.

**From:** noreply@mxtoolbox.com [mailto:noreply@mxtoolbox.com]
**Sent:** Thursday, May 24, 2018 5:16 AM

1

**To:** Paul Kane <pkane@stayinfront.com>
**Subject:** RHSBL - ADDED - blacklist:redimail.com - Added to Spamhaus DBL

Not rendering correctly? View this email as a web page here.

# blacklist:redimail.com

Added to Spamhaus DBL at 5/24/2018 5:16:20 AM (UTC-05:00) Eastern Time (US & Canada)

| | |
|---|---|
| **Get more information:** | rhsbl:redimail.com |
| **Tags:** | |
| **Learn more about this problem:** | Spamhaus-DBL |
| **Current Checks failing:** | 1 |
| **Email Sent On:** | 5/24/2018 4:16:21 AM |

| On Spamhaus DBL | Very Low | Learn More |
|---|---|---|

This message was sent according to your **Default** notification policy.
Click here to edit or unsubscribe.

2