# EXHIBIT E

# Carbone, Elizabeth A

| | |
|---|---|
| **From:** | Tom Buckley <tbuckley@stayinfront.com> |
| **Sent:** | Sunday, June 10, 2018 11:33 AM |
| **To:** | Peter Brooks; Paul Kane; Matt Barbieri; Robert Dyrsten |
| **Subject:** | Fwd: [DBL120237] DBL removal request for redimail[.]com |

So we know it came off because it was automated at two weeks and we know they are clueless based on the email below.

Sent from my iPhone

Begin forwarded message:

> **From:** Spamhaus DBL Team <dbl-mmxviii@spamhaus.org>
> **Date:** June 10, 2018 at 11:05:44 AM EDT
> **To:** tbuckley@redimail.com
> **Subject: [DBL120237] DBL removal request for redimail[.]com**
>
> Hello,
>
> We have reviewed the DBL listing for redimail[.]com and decided that
> we will retain that listing at this time. We do not discuss criteria
> for inclusion in DBL, however it includes many factors. Your domain
> matches several of those criteria.
>
> DBL listings expire over time, so if our systems do not see your
> domain for a while it will drop out of DBL zone. Many factors which
> affect your domain's reputation may also change over time, so by
> engaging in good reputation practices it will eventually drop out of
> DBL. For more information, please see DBL FAQ "Why is my domain listed
> in DBL?" http://www.spamhaus.org/faq/section/Spamhaus%20DBL#371
>
> --
> The Spamhaus Project - DBL Team
>
>
>
> Message
> by Tom Buckley
> 2018-06-05 16:04:11
> Please remove redimail.com from your list. we are NOT bulk emailing nor appending emails. Your listing
> is causing communication issues with our clients and vendors. We appreciate your prompt attention in
> this matter. Thank You