# EXHIBIT F

# Carbone, Elizabeth A

| | |
|---|---|
| **Subject:** | FW: Hi, Paul Kane we have updated your case: #00710342. Click the survey link to provide immediate feedback regarding your case ref:_00D00hgTi._500f31D1Utq:ref |

**From:** Paul Kane
**Sent:** Tuesday, April 10, 2018 4:58 PM
**To:** Peter Brooks <pbrooks@redidata.com>; Robert Dyrsten <RDyrsten@stayinfront.com>
**Subject:** FW: Hi, Paul Kane we have updated your case: #00710342. Click the survey link to provide immediate feedback regarding your case ref:_00D00hgTi._500f31D1Utq:ref

Silverpop is not an option to send emails.

**From:** Silverpop Client Services [mailto:email2caseod@silverpop.com]
**Sent:** Tuesday, April 10, 2018 4:55 PM
**To:** Paul Kane <pkane@stayinfront.com>
**Subject:** Hi, Paul Kane we have updated your case: #00710342. Click the survey link to provide immediate feedback regarding your case ref:_00D00hgTi._500f31D1Utq:ref

Forgot Password

Dear Paul,

1

Please let us know if you would prefer we call you instead of communicating via email for case # **00710342** . You may also check the IBM Watson Campaign Automation Client Support Portal for recent comments and updates related to your case.

Wish to provide immediate feedback regarding our handling of your issue? Survey

| Contact | Case Reason |
|---|---|
| Paul | Deliverability |

| Account | Product |
|---|---|
| Redi-Data, Inc | Engage Pod 1 |

| Email | Phone |
|---|---|
| pkane@stayinfront.com | 973-461-4800 |

**Subject**

mail8669.hcpeupdate1.com | 129.41.172.45 is on a Spamhaus Blacklist.

**Description**

A mailing in the last 24 hours generated a spam complaint and a blacklisting at Spamhaus.

You can see the complaint here:

https://www.spamhaus.org/query/ip/129.41.172.45
https://www.spamhaus.org/dbl/removal/record/hcpeupdate1.com

We have cleared your queue of any unsent messages and shut your server down so that it cannot send mail until this issue is addressed. As long as your IP address is on this blacklist, you will not be able to send email. In order to get the listing removed by Spamhaus we need to provide them with some answers.

In order to get your IP removed from the Spamhaus blacklist, we need to determine the reason for the high number of spamtraps hit.

If this is a regular mailing list that has been sent to regularly over a long period of time, than the issue is likely due to list hygeine - we strongly advise cleaning out the old/inactive mailboxes and focusing on sending to active openers/clickers.

The other reasons for high number of spamtraps could be: different or old data, a different or unique query that pulled the problem data, a purchased or rented list, etc. If this is the case, Spamhaus will want to know what you are going to do to clean up the old data and to make sure the spamtrap hits are eliminated for future mailings.

We will need to provide answers to Spamhaus's questions regarding what kind of data was used and how we intend to eliminate the spamtrap hits.

**Latest Comments**

4/10/2018

Mr Kane,

Thank you for your patience while we have been attempting to help resolve your issue.

I have been made aware of this case and the situation at hand with you being black listed at SPAMHAUS across multiple domains and IPs. This is not a simple matter that cleaning your data is going to fix or remedy that would result in SPAMHAUS removing the black listing. Your data hygiene is not the issue at this point.

At this time, we cannot take any proactive actions to allow you to resume sending on your VMTA's that we have paused until SH removes the listing. We have no control over SH as they control this listing and they require that the registered owner of the domains make the de-listing requests.

I have been in contact with your CSM, William Pinho, and have a call scheduled for Friday morning to bring him fully up to speed on the situation so that we can discuss the next steps. We will be in touch with you after this conversation so that we can discuss the next steps with you.

Regards,
Jesse T (JT) Beckham
WW Manager, Deliverability Services
IBM Watson Campaign Automation
IBM Watson Customer Engagement

**Case Submitted By: Jesse Beckham** jbeckham@us.ibm.com

Alerts & Notifications

**Please log in to the IBM Watson Campaign Automation, Client Support Portal to review recent case comments**.

Your Support Specialist may ask you to add additional information to your case.
If more information is needed, you may add related case details and upload attachments by accessing your case via the IBM Watson Campaign Automation, Client Support Portal.

© 2016 Copyright IBM Corporation. All rights reserved.