# **EXHIBIT G**

**Carbone, Elizabeth A**

---

**To:**                         Robert Dyrsten; Peter Brooks
**Subject:**                 RE: Account Status Meeting


**From:** William T Pinho [mailto:William.T.Pinho@ibm.com]
**Sent:** Monday, May 14, 2018 12:00 PM
**To:** Robert Dyrsten <RDyrsten@stayinfront.com>
**Cc:** Jesse Beckham <jbeckham@us.ibm.com>; Annalivia Ford <annalivia02@nl.ibm.com>
**Subject:** RE: Account Status Meeting

Hi Robert,

I hope all is well since we all last spoke. I am following up on our conversation to see if you had a plan on how you want to move forward. We would like to review this plan, as well as share it with SPAMHAUS to review.

Thank you,

Bill

Regards,



William T. Pinho
Client Success Manager
Watson Customer Engagement

**Mobile:** 1-908-249-3801
**E-mail:** William.T.Pinho@ibm.com

**Find me on:** 

63 Madison Ave
New York, NY 10016-8726
United States