# EXHIBIT H

# Cole Schotz P.C.

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536 fax

New York

Delaware

Maryland

Texas

Florida

Jason R. Melzer
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201-525-6313
Writer's Direct Fax: 201-678-6313
Writer's E-Mail: jmelzer@coleschotz.com

June 19, 2018

**Via Federal Express**

The Spamhaus Project Ltd.
26 York Street,
London W1U 6PZ,
United Kingdom

**Via E-mail (djimenez-ekman@jenner.com)**
**Via Federal Express**

The Spamhaus Project Ltd.
c/o David Jiminez-Ekman, Esq.
353 N. Clark Street,
Chicago, IL 60654

    Re:    **Demand for Redi-Data Inc.'s ("Redi") Removal From The Spamhaus Project, Ltd.'s ("Spamhaus") Blacklist.**

Dear Sir/Madam:

    This firm is corporate counsel to Redi. Redi provides, among other things, direct mail and e-mail deployment services to life science clients in the medical profession located within the United States. The postal list used is an American Medical Association (the "AMA") list, which is a member only list to which emails are appended. The content of the e-mail and postal communications are monitored and approved not only by the AMA and the internal team at Redi but also the legal departments of the life science companies sponsoring the communication and, as appropriate, the United States Food and Drug Administration, which is required to approve healthcare related communications. To be clear, "Redi-Mail" utilizes postal communication while Redi utilizes, primarily, AMA related electronic communications. The purpose of this correspondence is to request the permanent removal of Redi's domain names ("redimail.com" and "redidata.com") from Spamhaus' blacklist. As noted, Redi-Mail does not engage in e-mail marketing or deployment.

    Spamhaus' unjustified actions have wreaked havoc on Redi's business. Redi is in the business of marketing medical products to doctors and mid-level practitioners, and relies on e-mail based advertising and marketing to perform its business operations. Since April 2018, Spamhaus added and removed Redi's domains from its blacklist on a number of occasions, which has had the

www.coleschotz.com

28566/8888-15997868v8

Cole Schotz P.C.

The Spamhaus Project Ltd.
June 19, 2018
Page 2

effect of redirecting (or bouncing) legitimate Redi emails to recipients' junk mail as opposed to delivering to their inboxes. These listings have essentially disrupted the ongoing operations of both companies and have effectively shut down Redi-Data's email deployment operations. Spamhaus' erratic and destructive actions have interfered with Redi's business operations, have negatively impacted its relationships with United States based life science companies that rely on approved electronic communications with healthcare professionals located solely within the United States and threatens the very existence of Redi.

Redi prides itself in complying with all requirements under the U.S. CAN-SPAM Act. 15 U.S.C.A. § 7701. Nevertheless, after being placed on Spamhaus' blacklist in April 2018, Redi revamped its campaign management operational procedures by creating a new best practice for list hygiene, new domain warm up procedures, and a new blacklist response process. In addition, Redi-Mail engages in no e-mail marketing. Thus, it is entirely inequitable to add Redi's domain names to Spamhaus' blacklist. Redi is willing to supply documentation to support its claim that it is in full compliance with all laws, and it welcomes the opportunity to discuss Redi's business practices with Spamhaus.

If we do not hear from you by June 26, 2018, Redi will be left with no other option but to commence and aggressively pursue an action seeking, among other relief, an injunction prohibiting Spamhaus from adding Redi's domain to Spamhaus' blacklist together with compensatory, consequential, and incidental damages arising from Spamhaus' unlawful conduct.

This correspondence is written without prejudice to Redi's rights, claims and causes of action, all of which are expressly reserved.

Very truly yours,

Jason R. Melzer

JRM:tmf

28566/8888-15997868v8