# **EXHIBIT I**

Jason R. Melzer - 027742003
Patricia C. Schiraldi - 248182017
**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
201-489-3000
201-489-1536  Facsimile
Attorneys for Redi-Data, Inc.

| | |
|---|---|
| REDI-DATA, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ESSEX COUNTY<br>DOCKET NO.<br><br>    <u>Civil Action</u><br><br>**COMPLAINT AND JURY DEMAND** |

   Plaintiff, Redi-Data, Inc. ("Redi"), by way of its Complaint against the defendant,

International Business Machines Corporation ("IBM"), states and alleges as follows:

## THE PARTIES

   1.  Redi is a New Jersey corporation that maintains a principle place of business at

107 Little Falls Road, Fairfield, New Jersey 07004.

   2.  IBM is a New York corporation that maintains a principal place of business at 1

New Orchard Road, Armonk, New York 10504.

## JURISDICTION AND VENUE

   3.  This Court has jurisdiction over IBM pursuant to <u>Rule</u> 4:4-4 because IBM

contracted with Redi to provide services in New Jersey and Redi's claims arise from the

transaction of such business.

   4.  Moreover, IBM systematically conducts business in the State of New Jersey.

5.      Venue is proper in this Court pursuant to Rule 4:3-2(a)(3) because Redi resides in Essex County and the cause of action arose in Essex County.

## INTRODUCTION

6.      Redi has sustained substantial damages as a result of IBM's failure to perform its obligations under the parties' agreement.  Redi contracted with IBM for email deployment services and cloud services.  IBM not only failed to fulfill its obligations under the agreement, it also wrongfully retained funds prepaid for services not rendered, despite numerous demands for a refund by Redi.  Redi, on the other hand, has met all of its obligations under the agreement, and has been left with no other option but to commence this suit against IBM.

## FACTS COMMON TO ALL CLAIMS

7.      Redi provides, among other services, email deployment services to medical professionals on behalf of life science companies and their advertising agencies.

8.      Redi relies on IBM to facilitate email deployment services to its clients.

9.      Redi entered into an agreement ("Agreement") with IBM to deliver US based email deployment services for a large life science company for a 12 month period ending December 31, 2018. (A copy of the Agreement is appended hereto as Exhibit A).

10.      Pursuant to the Agreement, Redi agreed to pay IBM a total of $65,633.90 for, among other things, IBM's digital campaign automation services for a thirteen (13) month period. (A copy of the IBM Invoice for $65,633.90 is attached hereto as Exhibit B).

11.      Redi contracted with IBM, to use IBM's Silverpop "Cloud Service" deployment platform for this same period and prepaid the annual fee related to this service.

12.      On January 2, 2018 Redi issued a check to IBM for $65,633.90, which IBM cashed. (A copy of the check is appended hereto as Exhibit C).

2

13.     IBM's services are not Redi's "primary purpose or most significant component of marketing services" for Redi, and Redi's services "provide added value to end customers" in the medical profession "over and above the use of the Cloud Service[.]" See Exhibit A page 7.

14.     To date, IBM has not made Redi aware of any material breaches of Redi's obligations under the Agreement, a security breach, or a violation of United States law.

15.     On April 6, 2018, a foreign online policing entity called the Spamhaus Project, Ltd. ("Spamhaus") blacklisted Redi, which had the effect of redirecting legitimate Redi emails into recipients' junk mailboxes as opposed to their inboxes.

16.     Spamhaus tracks email spammers and spam-related activity on the internet and compiles lists of domain names Spamhaus believes engages in spamming.  These lists are referred to as blacklists.

17.     Upon information and belief, Spamhaus informed IBM that Redi was placed on its blacklist.

18.     Spamhaus' actions of placing Redi on its blacklist were unjustified and improper.

19.     Spamhaus subsequently removed and later reinstated Redi on its blacklist without explanation several times.

20.     The Agreement between Redi and IBM does not require that Spamhaus—a foreign entity—approve Redi's business model in order for IBM to facilitate service under the Agreement.

21.     There is no requirement in the Agreement that recipients of emails "opt in" to receiving messages before they are sent from Redi's IBM account.

22.     Indeed, Redi's business operation and business model are in full compliance with all United States laws, including the CAN-SPAM Act of 2003, 15 U.S.C. § 7701-7713.

3

23.     Nevertheless, on April 6, 2018, in response to Spamhaus's improper actions, IBM terminated Redi's access to email deployment platform and services, as agreed upon in the Agreement, thereby paralyzing Redi's email deployment business.

24.     Since then, Redi has made numerous requests of Redi to reinstate IBM's service under the Agreement.

25.     Despite these requests for IBM to perform its obligations under the Agreement, IBM has refused to reactivate service, and therefore, IBM is in breach of the Agreement.

26.     On May 14, 2018, left with no alternative, Redi requested a refund for the unused balance on the account, which was paid in anticipation of services being rendered under the Agreement.

27.     A breakdown of funds paid by Redi per the Agreement for services not performed by IBM is listed below:

| IBM Watson Campaign Automation Engage Message | | | |
|---|---|---|---|
| | Qty | Unit Price | Amount |
| By Contract | 54,158,000 | 0.001098 | $59,465.22 |
| Used | 9,351,902 | 0.001098 | $10,268.29 |
| Due to Redi-Data, Inc | | | $49,196.93 |

| IBM WATSON CAMPAIGN AUTOMATION -ADDON-EMAIL- INSIGHTS OPENS- FUNCTION- HUNDRED THOUSAND EVENTS PER MONTH | | | |
|---|---|---|---|
| | # Month | Unit Price | Amount |
| By Contract | 13 | $45.50 | $591.50 |
| Used | 4 | $45.50 | $182.00 |
| Due to Redi-Data, Inc | | | $409.50 |

| IBM WATSON CAMPAIGN AUTOMATION-ADDON-IP ADDRESS- RESOURSE-REPUTATION IDENTITY PER ANNUM | | | |
|---|---|---|---|
| | # Month | Unit Price | Amount |
| By Contract | 13 | $426.00 | $5,538.00 |
| Used | 4 | $426.00 | $1,704.00 |
| Due to Redi-Data, Inc | | | $3,834.00 |

4

| Total due to Redi-Data, Inc | $53,440.43 |
|---|---|

28.     IBM refused and refuses to provide a refund for the total amount due to Redi, which amounts to $53,440.43.

29.     On June 6, 2018, Redi's counsel mailed a letter to IBM demanding a refund of wrongfully retained funds for services not rendered, but again, IBM refused.

30.     As a result, Redi has suffered substantial damages.

31.     As a consequence of IBM breaching its contract with Redi, Redi's relationships with its customers have been severely impacted and Redi has suffered damages resulting therefrom.

## FIRST COUNT
### (Breach of Contract)

32.     Redi repeats and realleges the allegations contained in the preceding paragraphs of the Complaint as if set forth at length herein.

33.     The Agreement constitutes a valid and enforceable agreement by and between Redi and IBM.

34.     Notwithstanding its obligations under the Agreement, IBM has failed to provide email deployment services, and refuses to restart the server.  In addition, IBM has refused to refund Redi for funds wrongfully retained.

35.     Redi has performed its obligations under the Agreement.

36.     As a direct and proximate result of IBM's breach of the Agreement, Redi has suffered substantial monetary damages.

**WHEREFORE**, Plaintiff, Redi-Data, Inc., hereby demands judgment on the Defendant, International Business Machines Corporation, as follows:

28508/0022-16192416v5

A.      an award of compensatory damages;

B.      consequential damages;

C.      interest, attorneys' fees and costs; and

D.      other damages to be determined at trial.

## SECOND COUNT
### (Unjust Enrichment)

37.      Redi repeats and realleges the allegations contained in the preceding paragraphs of the Complaint as if set forth at length herein.

38.      IBM has failed and refused to refund Redi $53,440.43, which amounts to the total unused balance on the account.

39.      As a consequence of its failure to refund the unused balance, IBM has received a substantial financial benefit.

40.      IBM understood that Redi reasonably expected to receive a refund of its payment for services not rendered.

41.      Despite demand for payment, IMB has wrongfully retained substantial financial benefits and under circumstances in which it would be inequitable to do so, resulting in unjust enrichment.

**WHEREFORE**, Plaintiff, Redi-Data, Inc., hereby demands judgment on the Defendant, International Business Machines Corporation, as follows:

A.      an award of compensatory damages;

B.      consequential damages;

C.      interest, attorneys' fees and costs; and

D.      other damages to be determined at trial.

6

## THIRD COUNT
### (Breach of the Implied Covenant of Good Faith and Fair Dealing)

42.      Redi repeats and realleges the allegations contained in the preceding paragraphs of the Complaint as if set forth at length herein.

43.      A valid Agreement exists between Redi and IBM.

44.      Redi performed its obligations under the Agreement.

45.      IBM acted in bad faith and with malicious motive by failing to reactivate Redi's access to IBM's server, despite repeated demands that IBM do so.

46.      IBM has acted in bad faith and with malicious motive by failing to refund Redi for funds wrongfully retained.

47.      IBM has denied Redi its bargained for benefit to transmit emails through IBM's server, and thus has breached the implied covenant of good faith and fair dealing.

48.      IBM's conduct has caused Redi to suffer damage.

**WHEREFORE**, Plaintiff, Redi-Data, Inc., hereby demands judgment on the Defendant, International Business Machines Corporation, as follows:

A.      an award of compensatory damages;

B.      consequential damages;

C.      interest, attorneys' fees and costs; and

D.      other damages to be determined at trial.

COLE SCHOTZ P.C.
Attorneys for Plaintiff, Redi-Data, Inc.


By:___*/s/ Jason R. Melzer*_____
       Jason R. Melzer
       Patricia C. Schiraldi

DATED:  August 16, 2018

8

## DESIGNATION OF TRIAL COUNSEL

Pursuant to the provisions of Rule 4:25-4, this Court is hereby advised that Jason R.

Melzer, Esq. is designated as trial counsel for Redi-Data, Inc.

<div align="right">

COLE SCHOTZ P.C.
Attorneys for Plaintiff, Redi-Data, Inc.


By: _/s/ Jason R. Melzer_
     Jason R. Melzer
     Patricia C. Schiraldi

</div>

DATED:  August 16, 2018

## **JURY DEMAND**

Plaintiff demands a trial by jury for all issues so triable.

<div style="margin-left: 50%">

COLE SCHOTZ P.C.
Attorneys for Plaintiff, Redi-Data, Inc.


By: ___*/s/ Jason R. Melzer*_____
     Jason R. Melzer
     Patricia C. Schiraldi

</div>

DATED:  August 16, 2018

28508/0022-16192416v5

## **CERTIFICATION**

I certify that the foregoing matter in controversy is not the subject of a pending action or arbitration proceeding, nor is any action or arbitration proceeding contemplated at this time.  I further certify that, to the best of my knowledge, no other parties need be joined in this matter.

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


By:_____*/s/ Jason R. Melzer*_____
          Jason R. Melzer
          Patricia C. Schiraldi

DATED:  August 16, 2018

11

# EXHIBIT A

**International Business Machines Corporation**
*International Business Machines Corporation, PO Box 643600, Pittsburgh, PA
15264-3600*



# IBM Quotation

Attn:  Peter Brooks
Redi-Data, Inc
107 Little Falls Rd
FAIRFIELD NJ  07004-2105
UNITED STATES

IBM Site Number: 3729917
IBM Customer Number: 7490176

Dear Peter Brooks

Thank you for being an IBM Client. We are delighted to provide this quote for IBM offerings.

Worldwide, companies like yours are increasingly demanding more from their information technology infrastructure,
increased flexibility, scalability and agility to meet changing business needs. At the same time, they want reduced cost,
rapid deployment and investment recovery.

Over the years, our products, services and solutions capabilities have given our Clients the reliability, availability, security,
and manageability to improve operations and achieve efficiency while accommodating growth at reduced cost. These
characteristics have been and will remain fundamental to the IBM portfolio.

This quotation is valid from 14-Dec-2017 and will expire on 31-Dec-2017.
We look forward to your order.

To place your order, please contact the IBM Representative below to notify them of your preferred business partners for
this quotation. You may also contact your IBM Representative for any questions regarding your quotation.

Yours sincerely,

MARK L. COLEMAN
Phone Number:    1-203-448-7214
Fax Number:
E-mail Address:    mlcolema@us.ibm.com

**International Business Machines Corporation**
*International Business Machines Corporation, PO Box 643600, Pittsburgh, PA 15264-3600*



# IBM Quotation

## Quotation Information
Number: 17858719
Effective Date: 14-Dec-2017
Expiration Date: 31-Dec-2017

## Customer Information
Attn: **Peter Brooks**
Redi-Data, Inc
107 Little Falls Rd
FAIRFIELD NJ  07004-2105
UNITED STATES

## Sales Representative
IBM Contact: **MARK L. COLEMAN**
Phone Number: **1-203-448-7214**
E-mail Address: mlcolema@us.ibm.com

IBM Site Number: **3729917**
IBM Customer Number: **7490176**

## Summary

| | | |
|---|---|---|
| Software, Appliance, and Subscription and Support Total | 0.00 | |
| Software as a Service Total | 65,593.32 | |
| Estimated Tax | 40.58 | |
| **Total** | **65,633.90** | **USD** |

# Software as a Service

## Subscription Entitlements

### IBM Watson Campaign Automation Engage Message 1000 Digital Messages per Month

Subscription Part#: **D1AVQLL**
Overage Part#: **D1AW6LL**
Billing: **Upfront**
Unit Price: **Tiered**
Start date: **05-Dec-2017**

Committed Term: **13 Months**
Committed Term Price Change: **Not applicable**
Renewal Type: **Terminate at end of current term**

| Item | Quantity | Month | Subscription Rate | Item Price | Overage Rate |
|---|---|---|---|---|---|
| 1 | 4,166 | 1-13 | 59,465.12 | 59,465.12 | 1.6300 |
| **Subtotal** | | | | **59,465.12 USD** | |

### IBM Watson Campaign Automation-Service Level Agreement

Subscription Part#: **D1ILHLL**
Billing: **Upfront**
Unit Price: **Tiered**
Start date: **05-Dec-2017**

Committed Term: **13 Months**
Committed Term Price Change: **Not applicable**
Renewal Type: **Terminate at end of current term**

| Item | Quantity | Month | Subscription Rate | Item Price |
|---|---|---|---|---|
| 2 | 1 | 1-13 | 0.00 | 0.00 |
| **Subtotal** | | | | **0.00 USD** |

**International Business Machines Corporation**
*International Business Machines Corporation, PO Box 643600, Pittsburgh, PA*
*15264-3600*



---

### IBM Watson Campaign Automation-AddOn-Email Insights Opens-Function-Hundred Thousand Events per Month

Subscription Part#: **D1ILKLL**
Overage Part#: **D1K5XLL**
Billing: **Upfront**
Unit Price: **147.55**
Start date: **05-Dec-2017**

Committed Term: **13 Months**
Committed Term Price Change: **Not applicable**
Renewal Type: **Terminate at end of current term**

| Item | Quantity | Month | Subscription Rate | Item Price | Overage Rate |
|------|----------|-------|-------------------|------------|--------------|
| 3 | 4 | 1-13 | 590.20 | 590.20 | 11.35 |
| Subtotal | | | | **590.20 USD** | |

---

### IBM Watson Campaign Automation-AddOn-IP Address-Resource-Reputation Identity per Annum

Subscription Part#: **D1MX1LL**
Billing: **Upfront**
Unit Price: **1,107.60**
Start date: **05-Dec-2017**

Committed Term: **13 Months**
Committed Term Price Change: **Not applicable**
Renewal Type: **Terminate at end of current term**

| Item | Quantity | Month | Subscription Rate | Item Price |
|------|----------|-------|-------------------|------------|
| 4 | 5 | 1-13 | 5,538.00 | 5,538.00 |
| Subtotal | | | | **5,538.00 USD** |

| | |
|---|---|
| **Subscriptions Sub-Total** | **65,593.32 USD** |

## Other Entitlements

---

### IBM Watson Campaign Automation-AddOn-Domain-Resource-Reputation Identity On Demand Set Up

Part#: **D1MX0LL**
Item
5

Committed Term Price Change: **Not applicable**
**Unit Price**
567.00  Per Use

---

### IBM Watson Campaign Automation-AddOn-Inbox Monitoring-Function-Event Pay Per Use

Part#: **D1MX6LL**
Item
6

Committed Term Price Change: **Not applicable**
**Unit Price**
5.67  Per Use

**International Business Machines Corporation**
*International Business Machines Corporation, PO Box 643600, Pittsburgh, PA*
*15264-3600*



---

**IBM Watson Campaign Automation-AddOn-Organization-Resource-Instance On Demand Set Up**

Part#: **D1RZ7LL**                              Committed Term Price Change: **Not applicable**
Item                                                       **Unit Price**
7                                                            500.00  Per Use

*Applicable tax will be recalculated at the time of order processing.*

IBM acceptance of the order is subject to credit approval.
Upon placing your order, please supply a Purchase Order or, if not PO driven, a signed Firm Order Letter. The Purchase Order value must cover the applicable charges for a minimum of one year. If the Total Term is less than one year, the Purchase Order value must cover the Total Commit Value.

# International Business Machines Corporation

*International Business Machines Corporation, PO Box 643600, Pittsburgh, PA 15264-3600*



## IBM Terms for IBM Cloud Offering Transactions

The referenced Cloud Services are governed by the terms of your Cloud Service Agreement (www.ibm.com/terms), its associated attachment(s), and the referenced Transaction Documents. Your order and use of the Cloud Services are your acceptance of the prices and terms referenced in this document, except to the extent superseded by a written amendment or agreement signed by both of us.

Final coverage dates for offerings listed are provided in your Proof of Entitlement.

### Transaction Documents

Service Description(s) for ordered Cloud Services:
IBM WATSON CAMPAIGN AUTOMATION
https://www.ibm.com/software/sla/sladb.nsf/sla/sd-6994-08

Please read all terms for each of the above referenced Transaction Document(s) to ensure you are agreeing to the most recent version of the document. If you have any trouble with the link provided, please copy and paste the appropriate URL in your browser's navigation bar.

## Billing and Provisioning

At time of acceptance of this quote either by Purchase Order or Firm Order Letter, IBM will begin billing for the SaaS Subscription(s) as indicated above. When IBM is ready to provision the SaaS Subscription(s) in the quote IBM will use information provided by the Client, as well as default technical data to configure the clients SaaS Subscription for access. IBM will notify the Client with details on the provisioning on the date in which the Client can access the SaaS and the term for the SaaS will begin on the date indicated. If provisioning information needs to be updated please refer to the IBM Software as a Service (SaaS) Support Handbook.

Please work with your IBM Sales rep to complete the provisioning data at or prior to time of order.

IBM Customer Number: 7490176

International Business Machines Corporation
*International Business Machines Corporation, PO Box 643600, Pittsburgh, PA 15264-3600*



# Firm Order Letter

To: Order Management

I have full authority to commit funding of 65,633.90  USD for payment under Quote Number 17858719, dated 14-Dec-2017 plus any additional on-demand, overage, and partial month charges associated with contracted Software as a Service on this quote on behalf of Redi-Data, Inc.

**Bill to:**
Redi-Data, Inc
107 Little Falls Rd
FAIRFIELD NJ  07004-2105
UNITED STATES

**Ship to:**
Redi-Data, Inc
107 Little Falls Rd
FAIRFIELD NJ  07004-2105
UNITED STATES

| | | | |
|---|---|---|---|
| **Contact Name:** | Natalya Baybik | **Contact Name:** | Peter Brooks |
| **Contact Email:** | nbaybik@redidata.com | **Contact Email:** | pbrooks@redidata.com |
| **Contact Phone:** | | **Contact Phone:** | (862) 881-2108 |

**Quote Contact:**

**Contact Name:**    Peter Brooks

**Contact Email:**    pbrooks@redidata.com

**Contact Phone:**    (862) 881-2108

**Authorized Signature:**   *Jph R Janda*

**Name(type or print):**   Joseph  R  Landa

**Title:**   Corporate Controller

**Date:**   12/15/2017

**IBM Sales Rep:**    MARK L. COLEMAN
**Phone Number:**    1-203-448-7214
**E-mail Address:**    mlcolema@us.ibm.com

IBM

**Addendum to IBM Quotation Terms & Conditions**

The terms of this Addendum to the IBM Quotation Terms and Conditions ("**Addendum**") are in addition to or modify the terms and conditions of Quotation Number **17856801** ("**Quotation**") that accompanies this Addendum. This Addendum and the Quotation together govern this transaction for purposes of being invoiced by IBM for the Cloud Service detailed in the Quotation.

This Addendum may not be disclosed or transferred outside of your Enterprise and shall apply to the Quotation only and shall not apply to any other transaction.

---

1.      Additional Terms and Conditions You are authorized to use the Cloud Service in furtherance of the marketing services you perform for your end customers provided that (i) such marketing services provide added value to your end customers over and above the use of the Cloud Service and (ii) the Cloud Service is not the primary purpose or most significant component of marketing services you provide to your end customers.

---

Once signed, any reproduction of this Addendum made by reliable means (for example, electronic image, photocopy or facsimile) is considered an original. Each of us agrees that the complete agreement, which replaces any prior oral or written communications between us regarding this transaction, consists of 1) this Addendum 2) the Service Description ("SDs") and, 3) the Cloud Services Agreement ("Agreement"), and 4) the Quotation. Capitalized terms not defined in this Addendum are defined in the Quotation, the SD, or the Agreement.  You accept the terms of this Addendum by signing below. If there is a conflict between the terms of this Addendum, the Quotation, the SDs, and the Agreement, then the order of precedence is first, this Addendum; the Quotation; second, the SDs; third, the Agreement.

| Agreed to: | Agreed to: |
|---|---|
| Client Name | International Business Machines Corporation |
| | e-Signed by MARK COLEMAN |
| By _Joseph R. Lauda_ | By _____ |
| Authorized signature | Authorized signature |
| Name (type or print):  _Joseph R. Lauda_ | Name (type or print): Mark L. Coleman |
| Title:  _Corporate Controller_ | Title: Strategic Sales Manager |
| Date:  _12/15/2017_ | Date: 12/14/2017 |
| Customer identification number: | Agreement number: |

Page 1 of 1

# EXHIBIT B

| Customer Support | Customer Number | Invoice Number | Invoice date | Page |
|---|---|---|---|---|

IBM CORPORATION          7490176-00        2093670      DEC. 19, 2017     1
3039 CORNWALLIS RD
RSRCH TRI PK NC 27709

IBM.COM/CUSTOMERSUPPORT/US

**IBM**

Installed at

Redi-Data, Inc
Attn: Natalya Baybik
107 Little Falls Rd
FAIRFIELD NJ  07004-2105

Customer reference

FOL - 17858719

Please remit payments to          Terms
IBM CORPORATION                 NET DUE UPON RECEIPT
P.O. BOX 643600
PITTSBURGH, PA 15264-3600

### INVOICE FOR DISTRIBUTED SOFTWARE

BILL TO/IBM#      : 0003729917/7490176  BILL TO NAME: REDI-DATA, INC
PAYER/IBM#        : 0003729917/7490176  PAYER NAME: REDI-DATA, INC
SOLD-TO-PARTY/IBM# : 0003729917/7490176  SOLD-TO PARTY NAME: REDI-DATA, INC

SHIP TO/IBM#      : 0003729917/7490176  INCO TERMS   : FOB SHIPPING POINT
REDI-DATA, INC
ATTN: PETER BROOKS                      SHIP VIA     : BEST METHOD
107 LITTLE FALLS RD                     SALES ORDER NO : 1100001514
FAIRFIELD NJ 070042105

| ITEM NUMBER | QUANTITY SHIPPED | PART NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 10 | 4 | D1ILKLL | IBM WATSON CAMPAIGN AUTOMATION-ADDON-EMAIL INSIGHTS OPENS-FUNCTION-HUNDRED THOUSAND EVENTS PER MONTH START DATE: 05-DEC-2017  END DATE: 04-DEC-2018 | 136.20 | 544.80 |
| 30 | 4 | D1ILKLL | IBM WATSON CAMPAIGN AUTOMATION-ADDON-EMAIL INSIGHTS OPENS-FUNCTION-HUNDRED THOUSAND EVENTS PER MONTH START DATE: 05-DEC-2018  END DATE: 04-JAN-2019 | 11.35 | 45.40 |
| 50 | 4166 | D1AVQLL | IBM WATSON CAMPAIGN AUTOMATION ENGAGE MESSAGE 1000 DIGITAL MESSAGES PER MONTH START DATE: 05-DEC-2017  END DATE: 04-DEC-2018 | 13.18 | 54,890.88 |
| 60 | 4166 | D1AVQLL | IBM WATSON CAMPAIGN AUTOMATION ENGAGE MESSAGE 1000 DIGITAL MESSAGES PER MONTH START DATE: 05-DEC-2018  END DATE: 04-JAN-2019 | 1.10 | 4,574.24 |

241

Original Invoice                                    CONTINUED

Z845 0004-R6 (REV. 2/15)

Invoice to

**Redi-Data, Inc**
**Attn: Natalya Baybik**
**107 Little Falls Rd**
**FAIRFIELD NJ 07004-2105**

| Invoice Number | Invoice date | Page |
|---|---|---|
| 2093670 | DEC. 19, 2017 | 1 |

| Customer Number | Accounts Rec. Department | Amount |
|---|---|---|
| 7490176-00 | OCA | 65,633.90 |

Address Correction

Invoice to ☐    Installed at ☐

Please remit payments to

**IBM**

IBM CORPORATION
P.O. BOX 643600
PITTSBURGH, PA 15264-3600

Remittance Copy

Customer Suport:

**ibm.com/customersupport/us**

12 261311 7490176 121917 020009030607003 006563390

To assure proper credit please detach this portion and return with remittance.

## INVOICE FOR DISTRIBUTED SOFTWARE

| BILL TO/IBM# | : 0003729917/7490176 | BILL TO NAME: REDI-DATA, INC |
|---|---|---|
| PAYER/IBM# | : 0003729917/7490176 | PAYER NAME: REDI-DATA, INC |
| SOLD-TO-PARTY/IBM# | : 0003729917/7490176 | SOLD TO PARTY NAME: REDI-DATA, INC |

SHIP TO/IBM#      : 0003729917/7490176    INCO TERMS    : FOB SHIPPING POINT
REDI-DATA, INC
ATTN: PETER BROOKS                        SHIP VIA      : BEST METHOD
107 LITTLE FALLS RD                       SALES ORDER NO : 1100001514
FAIRFIELD NJ 070042105

| ITEM NUMBER | QUANTITY SHIPPED | PART NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 10 | 4 | D1ILKLL | IBM WATSON CAMPAIGN AUTOMATION-ADDON-EMAIL INSIGHTS OPENS-FUNCTION-HUNDRED THOUSAND EVENTS PER MONTH START DATE: 05-DEC-2017  END DATE: 04-DEC-2018 | 136.20 | 544.80 |
| 30 | 4 | D1ILKLL | IBM WATSON CAMPAIGN AUTOMATION-ADDON-EMAIL INSIGHTS OPENS-FUNCTION-HUNDRED THOUSAND EVENTS PER MONTH START DATE: 05-DEC-2018  END DATE: 04-JAN-2019 | 11.35 | 45.40 |
| 50 | 4166 | D1AVQLL | IBM WATSON CAMPAIGN AUTOMATION ENGAGE MESSAGE 1000 DIGITAL MESSAGES PER MONTH START DATE: 05-DEC-2017  END DATE: 04-DEC-2018 | 13.18 | 54,890.88 |
| 60 | 4166 | D1AVQLL | IBM WATSON CAMPAIGN AUTOMATION ENGAGE MESSAGE 1000 DIGITAL MESSAGES PER MONTH START DATE: 05-DEC-2018  END DATE: 04-JAN-2019 | 1.10 | 4,574.24 |

| Customer reference | FOL - 17858719 | | Page | 0001 OF | 2 |
|---|---|---|---|---|---|
| Invoice Number | 2093670 | Invoice date | DEC. 19, 2017  E | Customer Number | 7490176-00 |

**International Business Machines Corporation**

CONTINUED

| Customer Support | Customer Number | Invoice Number | Invoice date | Page |
|---|---|---|---|---|

IBM CORPORATION
3039 CORNWALLIS RD
RSRCH TRI PK NC 27709

7490176-00    2093670    DEC. 19, 2017    2

IBM.COM/CUSTOMERSUPPORT/US



IIIlulIlullulullulullulIIuIIl

Installed at

Redi-Data, Inc
Attn: Natalya Baybik
107 Little Falls Rd
FAIRFIELD NJ  07004-2105

Customer reference

FOL - 17858719

Please remit payments to          Terms
IBM CORPORATION                          NET DUE UPON RECEIPT
P.O. BOX 643600
PITTSBURGH, PA 15264-3600

## INVOICE FOR DISTRIBUTED SOFTWARE

| ITEM NUMBER | QUANTITY SHIPPED | PART NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 70 | 5 | D1MX1LL | IBM WATSON CAMPAIGN AUTOMATION-ADDON-IP ADDRESS-RESOURCE-REPUTATION IDENTITY PER ANNUM | 1,022.40 | 5,112.00 |
| | | | START DATE: 05-DEC-2017  END DATE: 04-DEC-2018 | | |
| 90 | 5 | D1MX1LL | IBM WATSON CAMPAIGN AUTOMATION-ADDON-IP ADDRESS-RESOURCE-REPUTATION IDENTITY PER ANNUM | 85.20 | 426.00 |
| | | | START DATE: 05-DEC-2018  END DATE: 04-JAN-2019 | | |
| 110 | 1 | D1ILHLL | IBM WATSON CAMPAIGN AUTOMATION-SERVICE LEVEL AGREEMENT | 0.00 | 0.00 |
| | | | START DATE: 05-DEC-2017  END DATE: 04-DEC-2018 | | |

INVOICE SUBTOTAL                                         65,593.32
TELECOM SALES/USE TAX                                        40.58
TOTAL TAX                                                    40.58

THIS IS ISSUED PURSUANT TO THE IBM CUSTOMER AGREEMENT OR THE EQUIVALENT AGREEMENT BETWEEN US.

    IF NOT PAID BY 17-JAN-2018, PAY THE AMOUNT DUE PLUS A LATE
    PAYMENT FEE OF $1,312.68 FOR A TOTAL OF $66,946.58. IF
    PAYMENT IS NOT MADE WITHIN ONE MONTH OF 17-JAN-2018, THEN
    ADDITIONAL CHARGES MAY APPLY.

    242

Original Invoice          PLEASE PAY THIS AMOUNT          65,633.90

Z845 0004-B6 (REV. 2/15)

Invoice to

Redi-Data, Inc
Attn: Natalya Baybik
107 Little Falls Rd
FAIRFIELD NJ  07004-2105

| Invoice Number | Invoice date | Page |
|---|---|---|
| 2093670 | DEC. 19, 2017 | 2 |

| Customer Number | Accounts Rec. Department | Amount |
|---|---|---|
| 7490176-00 | OCA | 65,633.90 |

Address Correction

Invoice to ☐    Installed at ☐

Please remit payments to

IBM CORPORATION
P.O. BOX 643600
PITTSBURGH, PA 15264-3600

Customer Support

ibm.com/customersupport/us

**IBM**

Remittance Copy

12 261311 7490176 121917 020009030607003 006563390

To assure proper credit please detach this portion and return with remittance.

## INVOICE FOR DISTRIBUTED SOFTWARE

| ITEM NUMBER | QUANTITY SHIPPED | PART NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 70 | 5 | D1MX1LL | IBM WATSON CAMPAIGN AUTOMATION-ADDON-IP ADDRESS-RESOURCE-REPUTATION IDENTITY PER ANNUM | 1,022.40 | 5,112.00 |
| | | | START DATE: 05-DEC-2017  END DATE: 04-DEC-2018 | | |
| 90 | 5 | D1MX1LL | IBM WATSON CAMPAIGN AUTOMATION-ADDON-IP ADDRESS-RESOURCE-REPUTATION IDENTITY PER ANNUM | 85.20 | 426.00 |
| | | | START DATE: 05-DEC-2018  END DATE: 04-JAN-2019 | | |
| 110 | 1 | D1ILHLL | IBM WATSON CAMPAIGN AUTOMATION-SERVICE LEVEL AGREEMENT | 0.00 | 0.00 |
| | | | START DATE: 05-DEC-2017  END DATE: 04-DEC-2018 | | |

| | |
|---|---|
| INVOICE SUBTOTAL | 65,593.32 |
| TELECOM SALES/USE TAX | 40.58 |
| TOTAL TAX | 40.58 |

THIS IS ISSUED PURSUANT TO THE IBM CUSTOMER AGREEMENT OR THE EQUIVALENT AGREEMENT BETWEEN US.

IF NOT PAID BY 17-JAN-2018, PAY THE AMOUNT DUE PLUS A LATE
PAYMENT FEE OF $1,312.68 FOR A TOTAL OF $66,946.58. IF
PAYMENT IS NOT MADE WITHIN ONE MONTH OF 17-JAN-2018, THEN
ADDITIONAL CHARGES MAY APPLY.

| Customer reference | FOL - 17858719 | | Page | 0002 OF | 2 |
|---|---|---|---|---|---|
| Invoice Number | 2093670 | Invoice date | DEC. 19, 2017 | E | Customer Number | 7490176-00 |

International Business Machines Corporation

65,633.90

# EXHIBIT C

Amount:        $65,633.90          Sequence Number: 5192263883

Account:       ▄▄▄▄▄▄▄▄            Capture Date:   01/08/2018

Bank Number:   ▄▄▄▄▄▄              Check Number:   ▄▄▄▄▄



REDI-DATA, INC.
107 LITTLE FALLS ROAD
FAIRFIELD, NJ 07004

BANK OF AMERICA
NEW YORK, NY

13144        13144

PAY ***Sixty-Five Thousand Six Hundred Thirty-Three and 90/100 Dollars

DATE
Jan 2, 2018

CHECK AMOUNT
$65,633.90

TO THE
ORDER
OF:
IBM Corporation
P.O.Box 643600
Pittsburgh, PA 15264-3600

# Civil Case Information Statement

**Case Details: ESSEX | Civil Part Docket# L-005807-18**

**Case Caption:** REDI-DATA, INC.   VS INT'L BUSINESS
MACHI NES COR

**Case Initiation Date:** 08/16/2018

**Attorney Name:** JASON R MELZER

**Firm Name:** COLE SCHOTZ PC

**Address:** COURT PLAZA NORTH 25 MAIN ST
HACKENSACK NJ 076017015

**Phone:**

**Name of Party:** PLAINTIFF : Redi-Data, Inc.

**Name of Defendant's Primary Insurance Company**
(if known): Unknown

**Case Type:** CONTRACT/COMMERCIAL TRANSACTION

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Hurricane Sandy related?** NO

**Is this a professional malpractice case?**  NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same
transaction or occurrence)?** NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** YES

**If yes, is that relationship:** Business

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual
management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO

   **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO

   **If yes, for what language:**

I certify that confidential personal identifiers have been redacted from documents now submitted to the
court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

08/16/2018
Dated

/s/ JASON R MELZER
Signed