# EXHIBIT K

## Carbone, Elizabeth A

| | |
|---|---|
| **From:** | Paul Kane <pkane@stayinfront.com> |
| **Sent:** | Monday, May 11, 2020 9:39 AM |
| **To:** | Peter Brooks |
| **Cc:** | Robert Dyrsten |
| **Subject:** | FW: Your Amazon EC2 Abuse Report [18458757626] [AWS ID 849488893794] |

I will respond today. Spamhaus listing for nature of business not actual deployments.

**From:** Amazon EC2 Abuse <ec2-abuse@amazon.com>
**Sent:** Thursday, May 7, 2020 3:03 AM
**To:** StayinFront US - Data Center <datacenter@stayinfront.com>
**Cc:** Paul Kane <pkane@stayinfront.com>
**Subject:** Your Amazon EC2 Abuse Report [18458757626] [AWS ID 849488893794]



Hello,

We've received reports that activity linked to your AWS resource:

Region: us-east-1    ELB DNS name: Redidata-Corporate-Website-1360013743.us-east-1.elb.amazonaws.com [app/Redidata-Corporate-Website/a055ecb1f50e7148]

has caused its IP address(es) to be listed on the Spamhaus Block List (SBL). More information is available at the bottom of this email and at the following URL(s):

https://www.spamhaus.org/sbl/query/SBL485304

```This behavior violates our Acceptable Use Policy (https://aws.amazon.com/aup). Please take action to stop the reported activity and reply directly to this email with details of the corrective actions you have taken. If you do not consider the activity described in these reports to be abusive, please reply to this email with details of your use case.

PLEASE NOTE: to ensure removal of this SBL listing, we will need to take action against your instance[s] if we do not hear from you within 24 hours.

Regards,
AWS Abuse

---Beginning of forwarded report---

* Log Extract:
<<<
Ref: SBL485304
34.193.213.56/32 is listed on the Spamhaus Block List - SBL
2020-05-06 17:17:10 GMT | amazon.com

1

List Seller (redidata.com) (Redi-Direct)

5/06/2020: The domain redidata.com has moved to a new IP address without resolving the issues that led to its being listed. After verifying that redidata.com is still in the list sales business by checking their website, Spamhaus is listing hte new IP address to protect our users.

$ host redidata.com
redidata.com has address 34.193.213.56
redidata.com mail is handled by 0 redidata-com.mail.protection.outlook.com.

9/14/2016: This list seller has moved to hosting on AT&T, so listing that IP address to protect our users .
$ host redidata.com
redidata.com has address 12.44.251.45
redidata.com mail is handled by 0 redidata-com.mail.protection.outlook.com.

4/05/2016 [SBL293048]:
This IP address hosts the A record and website for the domain redidata.com. This domain offers lists for sale. It also hired another company to spam for it.

Neither spamming nor selling lists to others so that they can spam them is remotely acceptable to Spamhaus.

Received: from postoffice.redidatainc.com (postoffice.redidatainc.com [12.35.251.65])
Date: Mon, 4 Apr 2016 12:##:## -0400
From: "Redi-Data" <announcement@redidatainc.com>
Subject: Expand Your Outreach with Business Email Addresses

<snip>

Expand your Outreach with Business Email Addresses

Your prospective business customers that is. Redi-Data has now added
targeted business email addresses to our extensive Redi-Business list.
Reach over 15 million contacts at over 5 million businesses with 100%
permission-based business email addresses.

<snip>

Redi-Data 5 Audrey Place Fairfield, NJ 07004 973.227.4380

<snip>

URI: http://www.redidatainc.com/<x>
Redirects to => http://emltr.com/<x>
Redirects to => http://redidata.com

$ host redidata.com
redidata.com has address 54.173.18.209
redidata.com mail is handled by 0 redidata-com.mail.protection.outlook.com.

NetRange: 54.160.0.0 - 54.175.255.255
CIDR: 54.160.0.0/12
NetName: AMAZON-2011L
NetHandle: NET-54-160-0-0-1
Parent: NET54 (NET-54-0-0-0-0)
NetType: Direct Allocation
OriginAS:
Organization: Amazon Technologies Inc. (AT-88-Z)
RegDate: 2014-06-20
Updated: 2014-06-20
Ref: https://whois.arin.net/rest/net/NET-54-160-0-0-1


OrgName: Amazon Technologies Inc.
OrgId: AT-88-Z
Address: 410 Terry Ave N.
City: Seattle
StateProv: WA
PostalCode: 98109
Country: US
RegDate: 2011-12-08
Updated: 2014-10-20
Comment: All abuse reports MUST include:
Comment: * src IP
Comment: * dest IP (your IP)
Comment: * dest port
Comment: * Accurate date/timestamp and timezone of activity
Comment: * Intensity/frequency (short log extracts)
Comment: * Your contact details (phone and email) Without these we will be unable to identify the correct owner of the IP address at that point in time.
Ref: https://whois.arin.net/rest/org/AT-88-Z


OrgNOCHandle: AANO1-ARIN
OrgNOCName: Amazon AWS Network Operations
OrgNOCPhone: +1-206-266-4064
OrgNOCEmail: amzn-noc-contact@amazon.com
OrgNOCRef: https://whois.arin.net/rest/poc/AANO1-ARIN

OrgTechHandle: ANO24-ARIN
OrgTechName: Amazon EC2 Network Operations
OrgTechPhone: +1-206-266-4064
OrgTechEmail: amzn-noc-contact@amazon.com
OrgTechRef: https://whois.arin.net/rest/poc/ANO24-ARIN

OrgAbuseHandle: AEA8-ARIN
OrgAbuseName: Amazon EC2 Abuse
OrgAbusePhone: +1-206-266-4064
OrgAbuseEmail: abuse@amazonaws.com
OrgAbuseRef: https://whois.arin.net/rest/poc/AEA8-ARIN

Domain Name: REDIDATA.COM
Registry Domain ID: 762116_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.networksolutions.com
Registrar URL: http://networksolutions.com
Updated Date: 2015-01-28T23:28:11Z
Creation Date: 1997-11-10T05:00:00Z
Registrar Registration Expiration Date: 2017-11-09T05:00:00Z
Registrar: NETWORK SOLUTIONS, LLC.
Registrar IANA ID: 2
Registrar Abuse Contact Email: abuse@web.com
Registrar Abuse Contact Phone: +1.8003337680
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Redi-Direct
Registrant Organization: Redi-Direct
Registrant Street: 5 Audrey Pl.
Registrant City: Fairfield
Registrant State/Province: NJ
Registrant Postal Code: 07004
Registrant Country: US
Registrant Phone: +1.9999999999
Registrant Phone Ext:
Registrant Fax: +1.9999999999
Registrant Fax Ext:
Registrant Email: tbuckley@REDIMAIL.COM
Registry Admin ID:
Admin Name: Buckley, Tom
Admin Organization: Redi-Direct
Admin Street: 5 AUDREY PL
Admin City: FAIRFIELD
Admin State/Province: NJ
Admin Postal Code: 07004-3401
Admin Country: US
Admin Phone: +1.2018084500
Admin Phone Ext:
Admin Fax: +1.2018085511
Admin Fax Ext:
Admin Email: tbuckley@REDIMAIL.COM
Registry Tech ID:
Tech Name: Redi-Mail Direct Marketing, Inc
Tech Organization: Redi-Mail Direct Marketing, Inc
Tech Street: 5 AUDREY PL
Tech City: FAIRFIELD
Tech State/Province: NJ
Tech Postal Code: 07004-3401
Tech Country: US
Tech Phone: +1.9738084500
Tech Phone Ext:
Tech Fax: +1.9738085511
Tech Fax Ext:
Tech Email: webmaster@REDIMAIL.COM

Name Server: NS-154.AWSDNS-19.COM
Name Server: NS-1331.AWSDNS-38.ORG
Name Server: NS-597.AWSDNS-10.NET
Name Server: NS-1979.AWSDNS-55.CO.UK
DNSSEC: Unsigned


Removal Procedure
To have record SBL485304 (34.193.213.56/32) removed from the SBL, the Abuse/Security representative of amazon.com (or the Internet Service Provider responsible for supplying connectivity to 34.193.213.56/32) needs to contact the SBL Team by email (use this link) to explain how the abuse problem has been terminated (we need to know exactly how the issue has been dealt with and that this abuse problem is fully terminated). If the abuse problem that caused this listing has been terminated we will normally remove the listing from the SBL without delay.

It is essential that emails to the SBL Team about this SBL listing include this exact ticket information in the email Subject:

SBL485304 34.193.213.56/32


>>>

* Comments:
<<<

>>>

**How can I contact a member of the AWS abuse team?**
Send an e-mail to ec2-abuse@amazon.com; remember to include your case number.

**Amazon Web Services**

Amazon Web Services LLC is a subsidiary of Amazon.com, Inc. Amazon.com is a registered trademark of Amazon.com, Inc. This message produced and distributed by Amazon Web Services, LLC, 410 Terry Avenue North, Seattle, WA 98109-5210.