# EXHIBIT L

**Carbone, Elizabeth A**

| | |
|---|---|
| **Subject:** | FW: Your AWS Abuse Report [18458757626] [AWS ID 849488893794] |

**From:** Suckow, Kevin <kssuckow@amazon.com>
**Sent:** Wednesday, August 26, 2020 11:08 AM
**To:** Paul Kane <pkane@stayinfront.com>
**Cc:** Gene Hickey <GHickey@stayinfront.com>; Robert Dyrsten <RDyrsten@stayinfront.com>
**Subject:** FW: Your AWS Abuse Report [18458757626] [AWS ID 849488893794]

***CAUTION: This email originated from outside of the RediDirect organization and contains links or attachments.  Do not click links or open attachments unless you recognize the sender and know the content is safe.

Paul,
I have a similar issue with NetCraft where it seems these organizations are making abuse reports that don't appear valid upon our inspection. I will take this up internally with our security teams to determine how to best address these reports to properly distinguish SPAM from normal digital marketing or customer reporting.

**Kevin Suckow**
Account Manager | Amazon Web Services
(m) 845.367.1404
Leave Anytime Feedback On My Performance



**From:** ec2-abuse@amazon.com <ec2-abuse@amazon.com>
**Sent:** Wednesday, August 26, 2020 9:44 AM
**To:** pkane@stayinfront.com
**Cc:** Schaumburg, Leigh <lschaumb@amazon.com>; datacenter@redidata.com
**Subject:** Your AWS Abuse Report [18458757626] [AWS ID 849488893794]

> adding BD on this email thread.
>
> -------------------------------------------------------------------------------------------
> At Wed, 2020 July 22, 07:52 PM +0200, pkane@stayinfront.com wrote:
>
> There is an assumption of what a purchaser is doing with the data once purchased. There is no actual proof and again it is not illegal. It is just what Spamhaus considers to be a "spam support activity". Legally I do not have to change the website.
>
> The site is no longer hosted on that IP address since it changed on the load balancer. Technically the site is not hosted on it so listing should be removed.

From: ec2-abuse@amazon.com <ec2-abuse@amazon.com>
Sent: Sunday, June 21, 2020 6:22 AM
To: Paul Kane <pkane@stayinfront.com>
Cc: StayinFront US - Data Center <datacenter@stayinfront.com>
Subject: Your Amazon EC2 Abuse Report [18458757626] [AWS ID 849488893794]

[Image removed by sender. Amazon Web Services]<https://nam01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.amazon.com%2Fgp%2Ff.html%3FC%3D2SPW7SC9W35FL%26M%3Durn%3Artn%3Amsg%3A20200621102228f638111d8f024145801cf41cab00p0na%26R%3D8B5GLEBS153Y%26T%3DC%26U%3Dhttp%253A%252F%252Fwww.amazon.com%252Faws%253Fref_%253Dpe_1824890_137714460%26H%3DIPLFCCJ3W2GQ247CR6AQXGTN3JMA%26ref_%3Dpe_1824890_137714460&data=02%7C01%7Cpkane%40stayinfront.com%7C48cb8ac4eee94a6c326308d815cd00d6%7C5a7d814469664b1e8147de672a307ea0%7C1%7C0%7C637283317523722108&sdata=WO2F41CYtvyZYfRCDQj0KPJ7p8lopfSOaD5VIFrkyFc%3D&reserved=0>

Hello,

Spamhaus have come back with the following response to your last email:

"This SBL listing was not put in place because of direct spam activity,
but because the domain in question is selling lists of email addresses.
Spamhaus considers sales of lists or databases of email addresses to be
a spam support activity, because a purchaser who sends email to such a
list is spamming by definition. There is therefore no legitimate use
for these lists or databases."

We hope this gives some more clarity on the situation.

Please provide us with the measures you are taking to address the issue. Without this, Spamhaus will not remove the listing.

Regards,
AWS Trust & Safety
Amazon Web Services, LLC

Case Number: 18458757626


-------------------------------------------------------------------------------------------------
At Fri, 2020 May 15, 06:46 PM +0200, pkane@stayinfront.com wrote:

Redi-data does not pay a third party to send spam emails on their behalf. That may have occur prior to my start date in 2017 but I can confirm it no longer in place.

The nature of Redi-data's business listed on it's website is in by no means illegal in any way. The accusations and actions taken by spamhaus are choices they are making. They can however potentially adversely affect Redi-data financially though, which I feel is unfair because there is no legal justification. This is unfortunate because they are not a US based business like Redi-Data and we cannot confront them on a legal platform.

I hope this helps clear up this matter and of course please ask for any other needed information.

Paul Kane
SR. Systems Admin
StayinFront
973-461-4800 x3229



From: ec2-abuse@amazon.com <ec2-abuse@amazon.com>
Sent: Thursday, May 14, 2020 3:58 AM
To: StayinFront US - Data Center <datacenter@stayinfront.com>
Cc: Paul Kane <pkane@stayinfront.com>
Subject: RE: Your Amazon EC2 Abuse Report [18458757626] [AWS ID 849488893794]

[Amazon Web Services]<https://nam01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.amazon.com%2Fgp%2Ff.html%3FC%3D2SPW7SC9W35FL%26M%3Durn%3Artn%3Amsg%3A20200514075755e929403a59ce4b5180626a7eab60p0na%26R%3D3BZDKOF1AE0KI%26T%3DC%26U%3Dhttp%253A%252F%252Fwww.amazon.com%252Faws%253Fref_%253Dpe_1824890_137714460%26H%3DIYYXCCHIHLWVCLYFIZEDW2DTICEA%26ref_%3Dpe_1824890_137714460&data=02%7C01%7Cpkane%40stayinfront.com%7C9b457a36094b40ea3a0508d7f7dc8327%7C5a7d814469664b1e8147de672a307ea0%7C1%7C1%7C637250398795746289&sdata=C0B%2BPbP6PT8AP6Y14k4LFuZQVG3POuPoUrzit%2FVDs0g%3D&reserved=0>
Hello,

Thank you for following up.

Please see Spamhaus additional comments on this listing:

"This domain offers lists for sale. It also hired another company to spam for it. Neither spamming nor selling lists to others so that they can spam them is remotely acceptable to Spamhaus."

Please note, this ip will not be removed if the issue remain unaddressed.

Regards,
AWS Trust & Safety
Amazon Web Services, LLC


---------------------------------------------------------------------------------------------
At Mon, 2020 May 11, 04:56 PM +0200, pkane@stayinfront.com<mailto:pkane@stayinfront.com> wrote:

Hello,

I do not understand why Spamhaus has decided to list this IP address. No spam or emails of any kind are being sent from this site/domain/IP so the concern for "protecting our users" seems unfounded.

I do not see any signs of abuse stemming from this IP, Can-spam violations or any other legalities being violated.

I did notice the DNS record was set with A record and changed to cname alias which is our standard method.

3

Please let me any of other information I need to provide to assist in clearing this matter.

Paul Kane
SR. Systems Admin
Redi-Direct
973-461-4800 x3229

From: Amazon EC2 Abuse <ec2-abuse@amazon.com<mailto:ec2-abuse@amazon.com>>
Sent: Monday, May 11, 2020 3:59 AM
To: StayinFront US - Data Center <datacenter@stayinfront.com<mailto:datacenter@stayinfront.com>>
Cc: Paul Kane <pkane@stayinfront.com<mailto:pkane@stayinfront.com>>
Subject: Your Amazon EC2 Abuse Report [18458757626] [AWS ID 849488893794]

[Image removed by sender. Amazon Web Services]<https://nam01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.amazon.com%2Fgp%2Ff.html%3FC%3D2SPW7SC9W35FL%26M%3Durn%3Artn%3Amsg%3A20200511075838bcef4f2f62a0474598b08c026d80p0na%26R%3D2KZKJS0UEJQ8%26T%3DC%26U%3Dhttp%253A%252F%252Fwww.amazon.com%252Faws%253Fref_%253Dpe_1824890_137714460%26H%3DGTZVLED5ZPSNMAXVKOHYBWWHP5IA%26ref_%3Dpe_1824890_137714460&data=02%7C01%7Cpkane%40stayinfront.com%7Cd300106818ba45970f8c08d7f5811e05%7C5a7d814469664b1e8147de672a307ea0%7C1%7C0%7C637247807209969458&sdata=Z5QBFQZlGFglue6advEYor4C3j36VK5t5PJOICucdB0%3D&reserved=0>
Hello,

We have not received a response regarding the abuse report implicating resources on your account of activity linked to your AWS resource:

Region: us-east-1 ELB DNS name: Redidata-Corporate-Website-1360013743.us-east-1.elb.amazonaws.com [app/Redidata-Corporate-Website/a055ecb1f50e7148]

that has caused its IP address(es) to be listed on the Spamhaus Block List (SBL). More information is available at the bottom of this email and at the following URL(s):

https://www.spamhaus.org/sbl/query/SBL485304. Failure to respond could lead to possible mitigation against the implicated resources.

If you do not consider the activity abusive, please reply to this email detailing the reasons why.

Regards,
AWS Abuse

---Beginning of forwarded report---

* Log Extract:
<<<
Ref: SBL485304
34.193.213.56/32 is listed on the Spamhaus Block List - SBL

4

2020-05-06 17:17:10 GMT | amazon.com
List Seller (redidata.com) (Redi-Direct)

5/06/2020: The domain redidata.com has moved to a new IP address without resolving the issues that led to its being listed. After verifying that redidata.com is still in the list sales business by checking their website, Spamhaus is listing hte new IP address to protect our users.

$ host redidata.com
redidata.com has address 34.193.213.56
redidata.com mail is handled by 0 redidata-com.mail.protection.outlook.com.

9/14/2016: This list seller has moved to hosting on AT&T, so listing that IP address to protect our users
.
$ host redidata.com
redidata.com has address 12.44.251.45
redidata.com mail is handled by 0 redidata-com.mail.protection.outlook.com.

4/05/2016 [SBL293048]:
This IP address hosts the A record and website for the domain redidata.com. This domain offers lists for sale. It also hired another company to spam for it.

Neither spamming nor selling lists to others so that they can spam them is remotely acceptable to Spamhaus.

Received: from postoffice.redidatainc.com (postoffice.redidatainc.com [12.35.251.65])
Date: Mon, 4 Apr 2016 12:##:## -0400
From: "Redi-Data" <announcement@redidatainc.com<mailto:announcement@redidatainc.com>>
Subject: Expand Your Outreach with Business Email Addresses

<snip>

Expand your Outreach with Business Email Addresses

Your prospective business customers that is. Redi-Data has now added
targeted business email addresses to our extensive Redi-Business list.
Reach over 15 million contacts at over 5 million businesses with 100%
permission-based business email addresses.

<snip>

Redi-Data 5 Audrey Place Fairfield, NJ 07004 973.227.4380

<snip>

URI: http://www.redidatainc.com/<x<http://www.redidatainc.com/%3cx>>
Redirects to => http://emltr.com/<x<http://emltr.com/%3cx>>
Redirects to => http://redidata.com


$ host redidata.com
redidata.com has address 54.173.18.209

redidata.com mail is handled by 0 redidata-com.mail.protection.outlook.com.

Removal Procedure
To have record SBL485304 (34.193.213.56/32) removed from the SBL, the Abuse/Security representative of amazon.com (or the Internet Service Provider responsible for supplying connectivity to 34.193.213.56/32) needs to contact the SBL Team by email (use this link) to explain how the abuse problem has been terminated (we need to know exactly how the issue has been dealt with and that this abuse problem is fully terminated). If the abuse problem that caused this listing has been terminated we will normally remove the listing from the SBL without delay.

It is essential that emails to the SBL Team about this SBL listing include this exact ticket information in the email Subject:

SBL485304 34.193.213.56/32

>>>

* Comments:
<<<

>>>
_____
How can I contact a member of the AWS abuse team?
Send an e-mail to ec2-abuse@amazon.com<mailto:ec2-abuse@amazon.com<mailto:ec2-abuse@amazon.com%3cmailto:ec2-abuse@amazon.com>>; remember to include your case number.

Amazon Web Services<https://nam01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.amazon.com%2Fgp%2Ff.html%3FC%3D2SPW7SC9W35FL%26M%3Durn%3Artn%3Amsg%3A20200511075838bcef4f2f62a0474598b08c026d80p0na%26R%3D317XJWBQD18T%26T%3DC%26U%3Dhttp%253A%252F%252Fwww.amazon.com%252Faws%253Fref_%253Dpe_1824890_137714460%26H%3DP0W0Y7LS6K2YYJUC0GPF0RIZSK0A%26ref_%3Dpe_1824890_137714460&data=02%7C01%7Cpkane%40stayinfront.com%7Cd300106818ba45970f8c08d7f5811e05%7C5a7d814469664b1e8147de672a307ea0%7C1%7C0%7C637247807209979414&sdata=9Y5YwoG3YrTROYibnWXx3sMwPIQ4HDVuiPurBQDvfaY%3D&reserved=0>

Amazon Web Services LLC is a subsidiary of Amazon.com, Inc. Amazon.com is a registered trademark of Amazon.com, Inc. This message produced and distributed by Amazon Web Services, LLC, 410 Terry Avenue North, Seattle, WA 98109-5210.



--------------- Plus (4) Attachments---------------
_____
How can I contact a member of the AWS abuse team?
Send an e-mail to ec2-abuse@amazon.com<mailto:ec2-abuse@amazon.com>; remember to include your case number.

Amazon Web Services<https://nam01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.amazon.com%2Fgp%2Ff.html%3FC%3D2SPW7SC9W35FL%26M%3Durn%3Artn%3Amsg%3A20200514075755e929403a59ce4

b5180626a7eab60p0na%26R%3D3GIUKOHIVU6S3%26T%3DC%26U%3Dhttp%253A%252F%252Fwww.amazon.com%252Faws%253Fref_%253Dpe_1824890_137714460%26H%3DGDRQSOVJKFSIQIOHWUHH37B96CKA%26ref_%3Dpe_1824890_137714460&data=02%7C01%7Cpkane%40stayinfront.com%7C9b457a36094b40ea3a0508d7f7dc8327%7C5a7d814469664b1e8147de672a307ea0%7C1%7C1%7C637250398795756284&sdata=K8g7dGZDFKzqry9%2BZF%2B21Lgxco7NGtCUCRDYS2stCfU%3D&reserved=0>

Amazon Web Services LLC is a subsidiary of Amazon.com, Inc. Amazon.com is a registered trademark of Amazon.com, Inc. This message produced and distributed by Amazon Web Services, LLC, 410 Terry Avenue North, Seattle, WA 98109-5210.


--------------- Plus (2) Attachments---------------

How can I contact a member of the AWS abuse team?
Send an e-mail to ec2-abuse@amazon.com<mailto:ec2-abuse@amazon.com>; remember to include your case number.

Amazon Web Services<https://nam01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.amazon.com%2Fgp%2Ff.html%3FC%3D2SPW7SC9W35FL%26M%3Durn%3Artn%3Amsg%3A20200621102228f638111d8f024145801cf41cab00p0na%26R%3D2Z2BMTOLU706T%26T%3DC%26U%3Dhttp%253A%252F%252Fwww.amazon.com%252Faws%253Fref_%253Dpe_1824890_137714460%26H%3DLAX40XVKXWCVTAJWSYQBZFEZX2KA%26ref_%3Dpe_1824890_137714460&data=02%7C01%7Cpkane%40stayinfront.com%7C48cb8ac4eee94a6c326308d815cd00d6%7C5a7d814469664b1e8147de672a307ea0%7C1%7C0%7C637283317523722108&sdata=frDQ%2BzGacKmuEwbBbszgFPI%2BI0DUB8LR8ew5hR0SiU4%3D&reserved=0>

Amazon Web Services LLC is a subsidiary of Amazon.com, Inc. Amazon.com is a registered trademark of Amazon.com, Inc. This message produced and distributed by Amazon Web Services, LLC, 410 Terry Avenue North, Seattle, WA 98109-5210.


--------------- Plus (4) Attachments---------------

**How can I contact a member of the AWS abuse team?**
Send an e-mail to ec2-abuse@amazon.com; remember to include your case number.

**Amazon Web Services**

Amazon Web Services LLC is a subsidiary of Amazon.com, Inc. Amazon.com is a registered trademark of Amazon.com, Inc. This message produced and distributed by Amazon Web Services, LLC, 410 Terry Avenue North, Seattle, WA 98109-5210.