# EXHIBIT M

**Carbone, Elizabeth A**

| Subject: | FW: HostGator Spamhaus Termination (ROKSO) :: redidata.com |

**From:** noreply@salesforce.com <noreply@salesforce.com> **On Behalf Of** cases-support@hostgator.com
**Sent:** Thursday, October 1, 2020 2:58 PM
**To:** StayinFront US - Data Center <datacenter@stayinfront.com>
**Subject:** HostGator Spamhaus Termination (ROKSO) :: redidata.com

Hello Thomas,

I have generated case id: 26241286 to address the following.

Our Abuse department has received a Registry of Known Spam Offenders (ROKSO) report from Spamhaus about an account or domain under your control. Due to the severity of the issue, this account is now permanently suspended. This restriction is not eligible to be removed. Removal of restrictions may lead to further action, including your account or server being permanently removed from our network. If you need, we can make a backup of your account (within certain size limitations) for you to take to another host. Please let us know if you have any questions.

=====
https://www.spamhaus.org/sbl/query/SBL496527

Ref: SBL496527
162.214.152.222/32 is listed on the Spamhaus Block List - SBL
2020-09-30 21:34:15 GMT | endurance.com
List Seller (redidata.com) (Redi-Direct)

9/30/2020:
The domain redidata.com has moved to Endurance. This domain sells lists for spam purposes, as a review of the website will indicate. List sales are explicitly included as a spam support service on the criteria for listing in the SBL.

$ host redidata.com
redidata.com has address 162.214.152.222
redidata.com mail is handled by 0 redidata-com.mail.protection.outlook.com.

9/07/2020:
That should have been redidata.com. This domain is hosted at Amazon.

$ host redidata.com
redidata.com has address 3.215.101.213
redidata.com has address 34.231.157.240
redidata.com mail is handled by 0 redidata-com.mail.protection.outlook.com.

9/07/2020:
This customer has moved to new hosting at Google. The customer is a list seller that has not resolved its issues with Spamhaus, so we are listing this IP address to protect our users.

$ host redidata.co
redidata.co has address 34.102.136.180
redidata.co mail is handled by 10 mailstore1.secureserver.net.

1

redidata.co mail is handled by 0 smtp.secureserver.net.

5/06/2020 [SBL485304]: The domain redidata.com has moved to a new IP address without resolving the issues that led to its being listed. After verifying that redidata.com is still in the list sales business by checking their website, Spamhaus is isting hte new IP address to protect our users.

$ host redidata.com
redidata.com has address 34.193.213.56
redidata.com mail is handled by 0 redidata-com.mail.protection.outlook.com.

9/14/2016: This list seller has moved to hosting on AT&T, so listing that IP address to protect our users
.
$ host redidata.com
redidata.com has address 12.44.251.45
redidata.com mail is handled by 0 redidata-com.mail.protection.outlook.com.

4/05/2016 [SBL293048]:
This IP address hosts the A record and website for the domain redidata.com. This domain offers lists for sale. It also hired another company to spam for it.

Neither spamming nor selling lists to others so that they can spam them is remotely acceptable to Spamhaus.

Received: from postoffice.redidatainc.com (postoffice.redidatainc.com [12.35.251.65])
Date: Mon, 4 Apr 2016 12:##:## -0400
From: "Redi-Data" <announcement@redidatainc.com>
Subject: Expand Your Outreach with Business Email Addresses

<snip>

Expand your Outreach with Business Email Addresses

Your prospective business customers that is. Redi-Data has now added targeted business email addresses to our extensive Redi-Business list. Reach over 15 million contacts at over 5 million businesses with 100% permission-based business email addresses.

<snip>

Redi-Data 5 Audrey Place Fairfield, NJ 07004 973.227.4380

<snip>

URI: http://www.redidatainc.com/<x>
Redirects to => http://emltr.com/<x>
Redirects to => http://redidata.com


$ host redidata.com
redidata.com has address 54.173.18.209
redidata.com mail is handled by 0 redidata-com.mail.protection.outlook.com.

NetRange: 54.160.0.0 - 54.175.255.255

CIDR: 54.160.0.0/12
NetName: AMAZON-2011L
NetHandle: NET-54-160-0-0-1
Parent: NET54 (NET-54-0-0-0-0)
NetType: Direct Allocation
OriginAS:
Organization: Amazon Technologies Inc. (AT-88-Z)
RegDate: 2014-06-20
Updated: 2014-06-20
Ref: https://whois.arin.net/rest/net/NET-54-160-0-0-1


OrgName: Amazon Technologies Inc.
OrgId: AT-88-Z
Address: 410 Terry Ave N.
City: Seattle
StateProv: WA
PostalCode: 98109
Country: US
RegDate: 2011-12-08
Updated: 2014-10-20
Comment: All abuse reports MUST include:
Comment: * src IP
Comment: * dest IP (your IP)
Comment: * dest port
Comment: * Accurate date/timestamp and timezone of activity
Comment: * Intensity/frequency (short log extracts)
Comment: * Your contact details (phone and email) Without these we will be unable to identify the correct owner of the IP address at that point in time.
Ref: https://whois.arin.net/rest/org/AT-88-Z


OrgNOCHandle: AANO1-ARIN
OrgNOCName: Amazon AWS Network Operations
OrgNOCPhone: +1-206-266-4064
OrgNOCEmail: amzn-noc-contact@amazon.com
OrgNOCRef: https://whois.arin.net/rest/poc/AANO1-ARIN

OrgTechHandle: ANO24-ARIN
OrgTechName: Amazon EC2 Network Operations
OrgTechPhone: +1-206-266-4064
OrgTechEmail: amzn-noc-contact@amazon.com
OrgTechRef: https://whois.arin.net/rest/poc/ANO24-ARIN

OrgAbuseHandle: AEA8-ARIN
OrgAbuseName: Amazon EC2 Abuse
OrgAbusePhone: +1-206-266-4064
OrgAbuseEmail: abuse@amazonaws.com
OrgAbuseRef: https://whois.arin.net/rest/poc/AEA8-ARIN

Domain Name: REDIDATA.COM

3

Registry Domain ID: 762116_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.networksolutions.com
Registrar URL: http://networksolutions.com
Updated Date: 2015-01-28T23:28:11Z
Creation Date: 1997-11-10T05:00:00Z
Registrar Registration Expiration Date: 2017-11-09T05:00:00Z
Registrar: NETWORK SOLUTIONS, LLC.
Registrar IANA ID: 2
Registrar Abuse Contact Email: abuse@web.com
Registrar Abuse Contact Phone: +1.8003337680
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Redi-Direct
Registrant Organization: Redi-Direct
Registrant Street: 5 Audrey Pl.
Registrant City: Fairfield
Registrant State/Province: NJ
Registrant Postal Code: 07004
Registrant Country: US
Registrant Phone: +1.9999999999
Registrant Phone Ext:
Registrant Fax: +1.9999999999
Registrant Fax Ext:
Registrant Email: tbuckley@REDIMAIL.COM
Registry Admin ID:
Admin Name: Buckley, Tom
Admin Organization: Redi-Direct
Admin Street: 5 AUDREY PL
Admin City: FAIRFIELD
Admin State/Province: NJ
Admin Postal Code: 07004-3401
Admin Country: US
Admin Phone: +1.2018084500
Admin Phone Ext:
Admin Fax: +1.2018085511
Admin Fax Ext:
Admin Email: tbuckley@REDIMAIL.COM
Registry Tech ID:
Tech Name: Redi-Mail Direct Marketing, Inc
Tech Organization: Redi-Mail Direct Marketing, Inc
Tech Street: 5 AUDREY PL
Tech City: FAIRFIELD
Tech State/Province: NJ
Tech Postal Code: 07004-3401
Tech Country: US
Tech Phone: +1.9738084500
Tech Phone Ext:
Tech Fax: +1.9738085511
Tech Fax Ext:
Tech Email: webmaster@REDIMAIL.COM
Name Server: NS-154.AWSDNS-19.COM

Name Server: NS-1331.AWSDNS-38.ORG
Name Server: NS-597.AWSDNS-10.NET
Name Server: NS-1979.AWSDNS-55.CO.UK
DNSSEC: Unsigned
=====

Sincerely,
Richard F.

Tier 4 Administrator

ref:_00D36qEW6._5001Q160fGX:ref

5