UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| REDI-DATA, INC., *Plaintiff*, v. THE SPAMHAUS PROJECT a/k/a THE SPAMHAUS PROJECT LTD., *Defendant*. | Case No. 20-cv-17484 **ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 2nd day of August, 2022,

**ORDERED** that Defendant's motion to dismiss for lack of personal jurisdiction and improper venue, D.E. 15, is **DENIED without prejudice**; and it is further

**ORDERED** that the parties will be permitted limited jurisdictional discovery wherein each party shall be limited to serving ten (10) document requests and five (5) interrogatories without subparts and to conducting two (2) depositions. The Court will oversee the discovery. The parties have sixty (60) days to complete the discovery subject to the following schedule:

1. Service of document requests and interrogatories no later than ten (10) days from the date of this Order; and

2. Responses to the document requests and interrogatories due no later than twenty-four (24) days from the date of this Order.

John Michael Vazquez, U.S.D.J.