**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

August 4, 2022

**LETTER ORDER**

Re: **REDI-DATA, INC. v. THE SPAMHAUS PROJECT**
     **Civil Action No. 20-17484 (JMV)**

Dear Counsel,

The Court will conduct a telephone conference with the parties in this matter on **September 27, 2022 at 12:30 PM**. Counsel for Plaintiff shall initiate the call. By no later than **September 21, 2022**, the parties shall submit a joint letter of **three (3) pages or less** setting forth the current status of the jurisdictional discovery along with any issues to be discussed during the conference.

**IT IS SO ORDERED.**

                                                                     s/ James B. Clark, III
                                                                    **JAMES B. CLARK, III**
                                                                    **United States Magistrate Judge**