

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536  fax

New York
—
Delaware
—
Maryland
—
Texas
—
Florida

Elizabeth A. Carbone
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6299
Writer's Direct Fax: 201.678.6299
Writer's E-Mail: ECarbone@coleschotz.com

September 2, 2022

**Via Electronic Case Filing**
Hon. James B. Clark, III
U.S. Magistrate Judge for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    **Re:** ***Redi-Data, Inc. v. The Spamhaus Project a/k/a The Spamhaus Project Ltd.*,**
       **Civil Action No. 2:20-cv-17484-JMV-JBC**

Dear Judge Clark:

  In furtherance of the August 2, 2022 Order in the above matter [Doc. 25], enclosed for Your Honor's consideration and approval please find a proposed Discovery Confidentiality Order agreed to by the parties.

  As always, we thank the Court for its attention and assistance.

            Respectfully submitted,

            COLE SCHOTZ P.C.

            */s/ Elizabeth A. Carbone*

            Elizabeth A. Carbone

CC: All counsel of record (*via Electronic Case Filing*)