# Cole Schotz P.C.

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536 fax

New York

Delaware

Maryland

Texas

Florida

Elizabeth A. Carbone
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6299
Writer's Direct Fax: 201.678.6299
Writer's E-Mail: ecarbone@coleschotz.com

October 19, 2022

**Via CM/ECF Filing**

Honorable John Michael Vazquez, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse, Courtroom PO 03
50 Walnut Street
Newark, New Jersey 07102

Honorable James B. Clark, III, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse, Courtroom MLK 2A
50 Walnut Street
Newark, New Jersey 07102

Re:   *Redi-Data, Inc. v. The Spamhaus Project a/k/a/ The Spamhaus Project Ltd.*,
      Case No. 2:20-cv-17484-JMV-JBC

Dear Judge Vazquez and Judge Clark:

This firm represents plaintiff, Redi-Data, Inc. ("*Redi-Data*"), in the above-referenced matter. We write to provide a status update on this matter and respectfully request a second 30 day extension of the jurisdiction discovery end date (from November 2, 2022 to December 2, 2022). * In addition, Redi-Data is also seeking an adjournment of the October 25, 2022 telephone status conference. Defendant, The Spamhaus Project *a/k/a* The Spamhaus Project Ltd. ("*Defendant*"), consents to this request.

Redi-Data respectfully submits that sufficient good cause exists for the requested extension and adjournment under the circumstances. The parties, one of which is an international organization, are engaged in settlement negotiations and require some additional time to continue those negotiations and finalize any potential settlement agreement.

Accordingly, to avoid the incurrence of any potentially unnecessary additional costs and to conserve Court's time and resources, Redi-Data respectfully requests that the requested relief be granted. As always, the Court's time and attention to this matter are greatly appreciated.

\* The telephone status conference scheduled for October 25, 2022 is adjourned to November 30, 2022 at 12:30 PM.

Respectfully Submitted,

COLE SCHOTZ P.C.

/s/ Elizabeth A. Carbone

Elizabeth A. Carbone

**SO ORDERED**
s/*James B. Clark*
James B. Clark, U.S.M.J.
Date: 10/20/22

cc:   All Counsel of Record Via CM/ECF

www.coleschotz.com

28662/0002-43970658v1