

Court Plaza North<br>
25 Main Street<br>
P.O. Box 800<br>
Hackensack, NJ 07602-0800<br>
201-489-3000   201-489-1536  fax<br>
—<br>
New York<br>
—<br>
Delaware<br>
—<br>
Maryland<br>
—<br>
Texas<br>
—<br>
Florida

Elizabeth A. Carbone
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6299
Writer's Direct Fax: 201.678.6299
Writer's E-Mail: ecarbone@coleschotz.com

November 29, 2022

**Via CM/ECF Filing**

| | |
|---|---|
| Honorable John Michael Vazquez, U.S.D.J. | Honorable James B. Clark, III, U.S.M.J. |
| United States District Court for the District of New Jersey | United States District Court for the District of New Jersey |
| Martin Luther King Building & U.S. Courthouse, Courtroom PO 03 | Martin Luther King Building & U.S. Courthouse, Courtroom MLK 2A |
| 50 Walnut Street | 50 Walnut Street |
| Newark, New Jersey 07102 | Newark, New Jersey 07102 |

Re:   *Redi-Data, Inc. v. The Spamhaus Project a/k/a/ The Spamhaus Project Ltd.*,
      **Case No. 2:20-cv-17484-JMV-JBC**

Dear Judge Vazquez and Judge Clark:

This firm represents plaintiff, Redi-Data, Inc. ("*Redi-Data*"), in the above-referenced matter. We write to respectfully request that the November 30, 2022 telephone status conference be adjourned by approximately one week. Defendant, The Spamhaus Project *a/k/a* The Spamhaus Project Ltd. ("*Defendant*"), consents to this request.

Redi-Data respectfully submits that sufficient good cause exists for the requested adjournment under the circumstances. The parties continue to be engaged in settlement negotiations and require some additional time to continue those negotiations prior to meeting with the Court concerning jurisdictional discovery. If a settlement is not reached, the parties intend to discuss the jurisdictional discovery schedule at the next conference.

Accordingly, to avoid the incurrence of any potentially unnecessary additional costs and to conserve Court's time and resources, Redi-Data respectfully requests that the requested relief be granted. As always, the Court's time and attention to this matter are greatly appreciated.

Respectfully Submitted,

COLE SCHOTZ P.C.

*/s/ Elizabeth A. Carbone*

Elizabeth A. Carbone

cc:   All Counsel of Record Via CM/ECF