

|  |  |
|---|---|
| | Court Plaza North |
| | 25 Main Street |
| | P.O. Box 800 |
| | Hackensack, NJ 07602-0800 |
| | 201-489-3000   201-489-1536  fax |
| | — |
| | New York |
| | — |
| | Delaware |
| | — |
| | Maryland |
| | — |
| | Texas |
| | — |
| | Florida |

Elizabeth A. Carbone
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6299
Writer's Direct Fax: 201.678.6299
Writer's E-Mail: ecarbone@coleschotz.com

December 7, 2022

**Via CM/ECF Filing**

| | |
|---|---|
| Honorable John Michael Vazquez, U.S.D.J. | Honorable James B. Clark, III, U.S.M.J. |
| United States District Court for the District of New Jersey | United States District Court for the District of New Jersey |
| Martin Luther King Building & U.S. Courthouse, Courtroom PO 03 | Martin Luther King Building & U.S. Courthouse, Courtroom MLK 2A |
| 50 Walnut Street | 50 Walnut Street |
| Newark, New Jersey 07102 | Newark, New Jersey 07102 |

      **Re:** *Redi-Data, Inc. v. The Spamhaus Project a/k/a/ The Spamhaus Project Ltd.*, **Case No. 2:20-cv-17484-JMV-JBC**

Dear Judge Vazquez and Judge Clark:

      This firm represents plaintiff, Redi-Data, Inc. ("*Redi-Data*"), in the above-referenced matter. We write to advise the Court that the parties have reached a settlement and are in the process of executing a settlement agreement. Accordingly, Redi-Data respectfully requests that this matter be administratively terminated for 60 days and the December 8, 2022 status conference cancelled.

      As always, the Court's time and attention to this matter are greatly appreciated.

      Respectfully Submitted,

      COLE SCHOTZ P.C.

      */s/ Elizabeth A. Carbone*

      Elizabeth A. Carbone

cc:     All Counsel of Record Via CM/ECF